B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Southern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Stevens, Robert Anthony | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Stevens, Alysia Jasmine |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Tony Stevens; aka Anthony Stevens; dba The Shower Pan Co. fka Stevens Construction | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Alicia Stevens |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):  7004 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):  8900 |
| Street Address of Debtor (No. and Street, City,  and State)<br>1752 Gotham St.<br>Chula Vista, CA<br>ZIPCODE 91913 | Street Address of Joint Debtor (No. and Street, City, and State)<br>1752 Gotham St.<br>Chula Vista, CA<br>ZIPCODE 91913 |
| County of Residence or of the Principal Place of Business:<br>San Diego | County of Residence or of the Principal Place of Business:<br>San Diego |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):   ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)
- [✓] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of  Business**
(Check one  box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other N.A.

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [✓] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main  Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- [✓] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [✓] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Robert Anthony Stevens & Alysia Jasmine Stevens |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   NONE | Case Number: | Date Filed: |
| Location<br>Where Filed:   N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:   NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X     /s/ Mark Aalam          July 30, 2014<br>     Signature of Attorney for Debtor(s)     Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br><br>☑  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☑  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| B1 (Official Form 1) (04/13) | Page 3 |
|---|---|

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
Robert Anthony Stevens & Alysia Jasmine Stevens

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Robert Anthony Stevens
Signature of Debtor

X  /s/ Alysia Jasmine Stevens
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

July 30, 2014
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

(Date)

### Signature of Attorney*

X  /s/ Mark Aalam
Signature of Attorney for Debtor(s)

MARK AALAM 235746
Printed Name of Attorney for Debtor(s)

Bankruptcy Legal Center
Firm Name

101 W. Broadway, Ste. 815
Address

San Diego, CA 92101

619-501-9711
Telephone Number

July 30, 2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

Robert Anthony Stevens & Alysia Jasmine
Stevens

In re_____     Case No._____
            Debtor(s)                                          (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B1 D (Official Form 1, Exh. D)  (12/09) – Cont.                                                              Page 2

❏  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏  4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ❏  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ❏  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
    ❏  Active military duty in a military combat zone.

❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:       /s/ Robert Anthony Stevens
                            ROBERT ANTHONY STEVENS

Date:   July 30, 2014

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
**Southern District of California**

Robert Anthony Stevens & Alysia Jasmine
Stevens

In re_____     Case No._____
           Debtor(s)                                         (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑   1.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐   2.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B1 D (Official Form 1, Exh. D)  (12/09) – Cont.                                      Page 2

❏  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

   **If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏  4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
   ❏  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
   ❏  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
   ❏  Active military duty in a military combat zone.

❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

   **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor:  ___/s/ Alysia Jasmine Stevens_____

                                               ALYSIA JASMINE STEVENS

Date:  ___July 30, 2014_____

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6 Cover (Form 6 Cover) (12/07)**

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6A (Official Form 6A) (12/07)**

In re   Robert Anthony Stevens & Alysia Jasmine Stevens                    Case No. _____

              **Debtor**                                                          **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B6B (Official Form 6B) (12/07)

In re   <u>Robert Anthony Stevens & Alysia Jasmine Stevens</u>     Case No. _____
              **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

        **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash on hand<br>Debtors' home | C | 1,549.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit<br>Lessor: Ann Gonzalez | C | 1,900.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Used household goods and furnishings<br>Debtors' home | C | 2,000.00 |
| | | Used clothing<br>Debtors' home | C | 700.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | | Jewelry<br>Wedding rings, and earrings | C | 700.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B6B (Official Form 6B) (12/07) -- Cont.

In re   Robert Anthony Stevens & Alysia Jasmine Stevens     Case No. _____
         **Debtor**                                                     **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Anticipated tax refund | C | 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc.- ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B6B (Official Form 6B) (12/07) -- Cont.

In re   Robert Anthony Stevens & Alysia Jasmine Stevens                  Case No. _____
            **Debtor**                                                                                                     **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Ford F350 Debtors' home | C | 5,647.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____  continuation sheets attached     Total     $         12,496.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6C (Official Form 6C)  (04/13)**

In re   Robert Anthony Stevens & Alysia Jasmine Stevens                        Case No. _____

                         **Debtor**                                                         **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)          ☐  Check if debtor claims a homestead exemption that exceeds
☑  11 U.S.C. § 522(b)(3)               $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| Cash on hand | C.C.P. 703.140(b)(5) | 1,549.00 | 1,549.00 |
| Security deposit | C.C.P. 703.140(b)(5) | 1,900.00 | 1,900.00 |
| Used household goods and furnishings | C.C.P. 703.140(b)(3) | 2,000.00 | 2,000.00 |
| Used clothing | C.C.P. 703.140(b)(3) | 700.00 | 700.00 |
| Jewelry | C.C.P. 703.140(b)(4) | 700.00 | 700.00 |
| 2005 Ford F350 | C.C.P. 703.140(b)(5) | 0.00 | 5,647.00 |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6D (Official Form 6D) (12/07)**

In re ___Robert Anthony Stevens & Alysia Jasmine Stevens___,      Case No. _____
                          **Debtor**                                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

  List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

  If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

  If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

  Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9041<br><br>Westlake Financial Services<br>PO BOX 54807<br>Los Angeles, CA 90054-0807 | | H | Incurred: 10/2013<br>Lien: PMSI<br>Security: 2005 Ford F350<br><br>VALUE $      5,647.00 | | | | 11,000.00 | 5,353.00 |
| ACCOUNT NO.<br><br>Westlake Financial Services<br>PO BOX 76809<br>Los Angeles, CA 90076 | | H | Incurred: 10/2013<br>Lien: PMSI<br>Security: 2005 Ford F350<br><br>VALUE $      5,647.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br><br> | | | <br><br><br>VALUE $ | | | | | |

___0___ continuation sheets attached

|  |  | Subtotal ▶<br>(Total of this page) | $ 11,000.00 | $ 5,353.00 |
|---|---|---|---|---|
|  |  | Total ▶<br>(Use only on last page) | $ 11,000.00 | $ 5,353.00 |

(Report also on Summary of Schedules)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6E (Official Form 6E) (04/13)**

In re <u>Robert Anthony Stevens & Alysia Jasmine Stevens</u>,    Case No._____
　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

　　　A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

　　　The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　　Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

　　　Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

　　　Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☑　**Domestic Support Obligations**

　　　Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐　**Extensions of credit in an involuntary case**

　　　Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐　**Wages, salaries, and commissions**

　　　Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐　**Contributions to employee benefit plans**

　　　Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*\*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6E (Official Form 6E) (04/13) - Cont.**

In re_____Robert Anthony Stevens & Alysia Jasmine Stevens_____,    Case No._____
                                        Debtor                                                                    (if known)

☐    **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____2____ **continuation sheets attached**

Bankruptcy2014 ©1991-2014, New Hope Software, Inc.- ver.4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B6E (Official Form 6E) (04/13) - Cont.

In re Robert Anthony Stevens & Alysia Jasmine Stevens ,                    Case No. _____
_____                                                    (If known)
                            **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)      Sec. 507(a)(1)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5B41 <br><br> Holly J. Caron <br> 2825 Howard Ave. <br> Medford, Oregon 97501 | | | Incurred: 2001 - 2013 <br> Consideration: Child Support | | | | 37,000.00 | 37,000.00 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  |  |  |  |
|---|---|---|---|
| Subtotal (Totals of this page) | $ 37,000.00 | $ 37,000.00 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B6E (Official Form 6E) (04/13) - Cont.

In re  Robert Anthony Stevens & Alysia Jasmine Stevens ,          Case No. _____
                                Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)        Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Department of the Treasury <br> Internal Revenue Service <br> PO BOX 9019 <br> Holtsville, NY 11742-9019 | | | Incurred: 2012 <br> Consideration: <br> Income Taxes | | | | 2,000.76 | 2,000.76 | 0.00 |
| ACCOUNT NO. <br><br><br> | | | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal** <br> (Totals of this page) | $    2,000.76 | $    2,000.76 | $    0.00 |
| **Total** <br> (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $    39,000.76 | | |
| **Totals** <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $    39,000.76 | $    0.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07)

In re    Robert Anthony Stevens & Alysia Jasmine Stevens                    Case No. _____
_____
          **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8049 <br><br> 800 Loanmart <br> 15821 VENTURA BLVD STE 1 <br> ENCINO, CA 91436 | | H | Incurred: 09/2009 <br> Consideration: Auto Loan <br> Zero balance. Listed for notice. | | | | Notice Only |
| ACCOUNT NO. <br><br> 800 Loanmart <br> 15821 Ventura Blvd Suite 280 <br> Encino, CA 91436 | | | Additional address for 800 Loanmart. Listed for notice. | | | | Notice Only |
| ACCOUNT NO. <br><br> A1 Party Rentals <br> 251 E Front St <br> Covina, CA 91723 | | | Listed for notice only. | | | | Notice Only |
| ACCOUNT NO. <br><br> ABC Supply Co. Inc. <br> 135 W. 30th St. <br> National City, CA 91950 | | | Listed for notice only. | | | | Notice Only |

_____43_____ continuation sheets attached

Subtotal ➤ $                    0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Robert Anthony Stevens & Alysia Jasmine Stevens  ,          Case No. _____
                      **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0490<br><br>Acceptance Now<br>5501 HEADQUARTERS DR<br>PLANO, TX 75024 | | H | Incurred: 01/2012<br>Consideration: Unsecured Debt<br>Zero balance. Listed for notice. | | | | Notice Only |
| ACCOUNT NO.  0531<br><br>Acceptance Now<br>5501 HEADQUARTERS DR.<br>PLANO, TX 75024 | | H | Incurred: 02/2012<br>Consideration: Unsecured Debt | | | | 5,178.00 |
| ACCOUNT NO.<br><br>Afni, Inc.<br>404 Brock Dr.<br>Bloomington, IL 61701 | | | Additional address for Afni, Inc. Listed for notice. | | | | Notice Only |
| ACCOUNT NO.  0699<br><br>Afni, Inc.<br>PO BOX 3097<br>BLOOMINGTON, IL 61702 | | H | Incurred: 02/2013<br>Consideration: Unsecured Debt | | | | 165.00 |
| ACCOUNT NO.<br><br>Afni, Inc.<br>PO BOX 3517<br>Bloomington, IL 61702-3517 | | | Additional address for Afni, Inc. Listed for notice. | | | | Notice Only |

Sheet no. __1__ of _43_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   5,343.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc.- ver.4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Robert Anthony Stevens & Alysia Jasmine Stevens  ,        Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AllianceOne Receivables Management<br>3000 Ames Crossing Road, Ste. 750<br>Eagan, MN 55121 | | | Additional address for AllianceOne Receivables Management. Listed for notice. | | | | Notice Only |
| ACCOUNT NO.  0148<br><br>AllianceOne Receivables Management<br>6565 KIMBALL DR<br>GIG HARBOR, WA 98335 | | H | Incurred: 02/2010<br>Consideration: Unsecured Debt<br>Account purchased from the City of San Diego. | | | | 535.00 |
| ACCOUNT NO.  9137<br><br>AllianceOne Receivables Management<br>6565 KIMBALL DR<br>GIG HARBOR, WA 98335 | | W | Incurred: 10/2010<br>Consideration: Unsecured Debt<br>Account purchased from the City of San Diego. | | | | 297.00 |
| ACCOUNT NO.  9912<br><br>AllianceOne Receivables Management<br>6565 KIMBALL DR<br>GIG HARBOR, WA 98335 | | W | Incurred: 02/2011<br>Consideration: Unsecured Debt<br>Account purchased from the City of San Diego. | | | | 234.00 |
| ACCOUNT NO.  3244<br><br>AllianceOne Receivables Management<br>6565 KIMBALL DR<br>GIG HARBOR, WA 98335 | | W | Incurred: 05/2011<br>Consideration: Unsecured Debt<br>Account purchased from the City of San Diego. | | | | 215.00 |

Sheet no. __2__ of __43__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        1,281.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Robert Anthony Stevens & Alysia Jasmine Stevens   ,        Case No. _____
                                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 1659 <br><br>AllianceOne Receivables Management<br>6565 KIMBALL DR<br>GIG HARBOR, WA 98335 | | W | Incurred: 01/2011<br>Consideration: Unsecured Debt<br>Account purchased from the City of San Diego. | | | | 87.00 |
| **ACCOUNT NO.** 2881 <br><br>AllianceOne Receivables Management<br>6565 KIMBALL DR<br>GIG HARBOR, WA 98335 | | W | Incurred: 04/2009<br>Consideration: Unsecured Debt<br>Account purchased from the City of San Diego. | | | | Notice Only |
| **ACCOUNT NO.** 4041 <br><br>AllianceOne Receivables Management<br>6565 KIMBALL DR #200<br>GIG HARBOR, WA 98335 | | H | Incurred: 06/2011<br>Consideration: Unsecured Debt<br>Account purchased from the City of San Diego. | | | | Notice Only |
| **ACCOUNT NO.** 1886 <br><br>AllianceOne Receivables Management<br>6565 KIMBALL DR. #200<br>GIG HARBOR, WA 98335 | | W | Incurred: 09/2009<br>Consideration: Unsecured Debt<br>Account purchased from the City of San Diego. | | | | 730.00 |
| **ACCOUNT NO.** 6094 <br><br>AllianceOne Receivables Management<br>PO BOX 2449<br>GIG HARBOR, WA 98335 | | H | Incurred: 04/2013<br>Consideration: Unsecured Debt<br>Account purchased from the City of San Diego. | | | | 694.00 |

Sheet no. 3 of 43 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   1,511.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Robert Anthony Stevens & Alysia Jasmine Stevens___ ,     Case No. _____
                                    **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9789<br><br>AllianceOne Receivables Management<br>6565 KIMBALL DR<br>GIG HARBOR, WA 98335 | | H | Incurred: 09/2009<br>Consideration: Unsecured Debt<br>Account purchased from the City of San Diego. | | | | 721.00 |
| ACCOUNT NO. 5238<br><br>AllianceOne Receivables Management<br>6565 KIMBALL DR STE 200<br>GIG HARBOR, WA 98335 | | H | Consideration: Unsecured Debt<br>Account purchased from the City of San Diego. | | | | Notice Only |
| ACCOUNT NO.<br><br>American Medical Response<br>20101 Hamilton Ave. Suite 300<br>Torrance, CA 90502 | | | Listed as a precaution. | | | | Notice Only |
| ACCOUNT NO.<br><br>AmeriCredit<br>PO BOX 183621<br>Arlington, Texas 76096-3621 | | | Listed as a precaution. | | | | Notice Only |
| ACCOUNT NO.<br><br>Analytic Pathology Medical Group<br>PO BOX 8660<br>St. Louis, MO 63126-0660 | | | Listed as a precaution. | | | | Notice Only |

Sheet no. __4__ of __43__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 721.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Robert Anthony Stevens & Alysia Jasmine Stevens  ,          Case No. _____
            **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Angelus Block Co. Inc.<br>11374 Tuxford St.<br>Sun Valley, CA 91352 | | | Listed for notice only. | | | | Notice Only |
| ACCOUNT NO.<br><br>AT&T<br>PO Box 537104<br>Atlanta, GA 30353 | | | Account sold to Diversified Consultants. Listed for notice. | | | | Notice Only |
| ACCOUNT NO.<br><br>Autopawn of California<br>9483 Camino Ruiz<br>San Diego, CA 92126 | | | Additional address for Autopawn of California. Listed for notice. | | | | Notice Only |
| ACCOUNT NO.   0730<br><br>Autopawn of California<br>9483 CAMINO RUIZ STE B<br>SAN DIEGO, CA 92126 | | H | Incurred: 05/2004<br>Consideration: Auto Loan<br>Zero balance. Listed for notice. | | | | Notice Only |
| ACCOUNT NO.<br><br>B&D Concrete<br>10 Enterprise Blvd. SW<br>Atlanta, GA 30336 | | | Listed for notice. | | | | Notice Only |

Sheet no.  5  of  43  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $            0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert Anthony Stevens & Alysia Jasmine Stevens   ,          Case No. _____
                          **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Baldwin Auto Sales <br> 8327 Hercules St. <br> La Mesa, CA 91942 | | | Listed for notice only. | | | | Notice Only |
| ACCOUNT NO. <br><br> Banfield Pet Hospital <br> 1840 Main Ct. <br> Chula Vista, CA 91911-1911 | | | Additional address for Banfield Pet Hospital. Listed for notice. | | | | Notice Only |
| ACCOUNT NO. <br><br> Banfield Pet Hospital <br> P.O. Box 13998 <br> Portland, OR 97213-0998 | | | Account sold to I.C. System, Inc. Listed for notice. | | | | Notice Only |
| ACCOUNT NO. <br><br> Bank of America <br> PO Box 15019 <br> Wilmington, DE 19886-5019 | | | Listed as a precaution. | | | | Notice Only |
| ACCOUNT NO. <br><br> Builders Advantage Insurance <br> 107 Main Street <br> Roseville, CA 95678 | | | Listed for notice only. | | | | Notice Only |

Sheet no. _6_ of _43_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $                0.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Robert Anthony Stevens & Alysia Jasmine Stevens    ,    Case No. _____
               **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bullet Concrete Pumping<br>815 1/2 Plesant Ln<br>National City, CA 91950 | | | Listed for notice only. | | | | Notice Only |
| ACCOUNT NO.<br><br>California Accounts Services<br>329 Van Houten Ave<br>El Cajon, CA 92020 | | | Additional address for California Accounts Services. Listed for notice only. | | | | Notice Only |
| ACCOUNT NO.  8096<br><br>California Accounts Services<br>P.O. BOX 1622<br>EL CAJON, CA 92022 | | H | Incurred: 05/2011<br>Consideration: Medical Services<br>Account purchased from South Bay Surgical Center. | | | | 1,262.00 |
| ACCOUNT NO.  2640<br><br>California Accounts Services<br>P.O. BOX 1622<br>EL CAJON, CA 92022 | | W | Incurred: 11/2010<br>Consideration: Unsecured Debt<br>Account purchased from Sweetwater Authority. | | | | 214.00 |
| ACCOUNT NO.  0301<br><br>California Business Bureau<br>1711 S. MOUNTAIN AVE.<br>MONROVIA, CA 91016 | | H | Incurred: 09/2013<br>Consideration: Medical Services<br>Account purchased from Henry Mayo Newhall Memorial Hospital. | | | | 258.00 |

Sheet no. _7_ of _43_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    1,734.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re    Robert Anthony Stevens & Alysia Jasmine Stevens    ,        Case No. _____
                                    **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>California Business Bureau<br>1711 South Mountain Avenue<br>Monrovia, CA 91016 | | | Additional address for California Business Bureau. Listed for notice. | | | | Notice Only |
| ACCOUNT NO.  0705<br><br>California Business Bureau<br>4542 RUFFNER ST STE 160<br>SAN DIEGO, CA 92111 | | H | Incurred: 06/2012<br>Consideration: Medical Services<br>Account purchased from Scripps Health Chula Vista. | | | | 4,551.00 |
| ACCOUNT NO.  0707<br><br>California Business Bureau<br>4542 RUFFNER ST STE 160<br>SAN DIEGO, CA 92111 | | H | Incurred: 05/2013<br>Consideration: Medical Services<br>Account purchased from Scripps Health Chula Vista. | | | | 4,433.00 |
| ACCOUNT NO.  0703<br><br>California Business Bureau<br>4542 RUFFNER ST STE 160<br>SAN DIEGO, CA 92111 | | H | Incurred: 09/2010<br>Consideration: Medical Services<br>Account purchased from Scripps Health Chula Vista. | | | | 3,403.00 |
| ACCOUNT NO.  0701<br><br>California Business Bureau<br>4542 RUFFNER ST STE 160<br>SAN DIEGO, CA 92111 | | H | Incurred: 08/2010<br>Consideration: Medical Services<br>Account purchased from Scripps Health Chula Vista. | | | | 1,235.00 |

Sheet no.  8   of  43   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    13,622.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Robert Anthony Stevens & Alysia Jasmine Stevens  ,    Case No. _____
          **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0702 <br><br> California Business Bureau <br> 4542 RUFFNER ST STE 160 <br> SAN DIEGO, CA 92111 | | H | Incurred: 09/2010 <br> Consideration: Medical Services <br> Account purchased from Scripps Health Chula Vista. | | | | 850.00 |
| ACCOUNT NO. 0706 <br><br> California Business Bureau <br> 4542 RUFFNER ST STE 160 <br> SAN DIEGO, CA 92111 | | H | Incurred: 06/2012 <br> Consideration: Medical Services <br> Account purchased from Scripps Clinic. | | | | 606.00 |
| ACCOUNT NO. <br><br> California Business Bureau <br> P. O. Box 5010 <br> Monrovia, CA 91017-7110 | | | Additional address for California Business Bureau. Listed for notice. | | | | Notice Only |
| ACCOUNT NO. <br><br> California Emergency Medical Group <br> 2100 Powell Street, Suite 920 <br> Emeryville, CA 94608-1803 | | | Account sold to Road Runner Collection Services. Listed for notice. | | | | Notice Only |
| ACCOUNT NO. <br><br> California Emergency Medical Group <br> PO BOX 582663 <br> Modesto, CA 95358-0046 | | | Additional address for California Emergency Medical Group. Listed for notice. | | | | Notice Only |

Sheet no. 9 of 43 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  1,456.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Robert Anthony Stevens & Alysia Jasmine Stevens   ,          Case No. _____
                       **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Cameron and Beth Norred<br>2547 Crooked Trail Road<br>Chula Vista, CA 91914 | | | Listed as precaution | | | | Notice Only |
| ACCOUNT NO.<br>Cameron Norred<br>2547 Crooked Trail Rd.<br>Chula Vista, CA 91914 | | | Listed as a precaution | | | | Notice Only |
| ACCOUNT NO.  1001<br>Capital One Auto Finance<br>3901 DALLAS PKWY<br>PLANO, TX 75093 | | H | Incurred: 06/2004<br>Consideration: Auto Loan<br>Zero balance. Listed for notice. | | | | Notice Only |
| ACCOUNT NO.<br>Capital One Auto Finance<br>7933 Preston Road<br>Plano, TX 75024-2302 | | | Consideration: Auto Loan<br>Additional address for Capital One Auto Finance. Listed for notice. | | | | Notice Only |
| ACCOUNT NO.<br>Cardiovascular Institute of San Diego<br>754 Medical Center Court #204<br>Chula Vista, CA 91911-6656 | | | Listed as a precaution. | | | | Notice Only |

Sheet no.  10  of  43  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Robert Anthony Stevens & Alysia Jasmine Stevens  ,            Case No. _____
              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1436 <br><br> Certegy <br> P.O. BOX 30046 <br> TAMPA, FL 33630 | | H | Incurred: 06/2011 <br> Consideration: Unsecured Debt | | | | 711.00 |
| ACCOUNT NO. <br><br> Chase Bank <br> P.O. Box 15298 <br> Wilmington, DE 19850 | | | Listed as a precaution. | | | | Notice Only |
| ACCOUNT NO. <br><br> Children's Primary Care <br> Medical Group <br> 3860 Calle Fortunada #200 <br> San Diego, CA 92123-4802 | | | Listed as a precaution. | | | | Notice Only |
| ACCOUNT NO. <br><br> CIG Financial <br> 6 Executive Cir <br> Irvine, CA 92614 | | | Additional address for CIG Financial. Listed for notice. | | | | Notice Only |
| ACCOUNT NO.  0115 <br><br> CIG Financial <br> PO BOX 19795 <br> IRVINE, CA 92623 | | H | Incurred: 02/2011 <br> Consideration: Auto Loan <br> Zero balance. Listed for notice. | | | | Notice Only |

Sheet no.  11   of  43   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $         711.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Robert Anthony Stevens & Alysia Jasmine Stevens  ,      Case No. _____
_____
       **Debtor**                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Citibank, N.A. <br>The Student Loan Corporation <br>P.O. Box 688965 <br>Des Moines, IA 50368-8965 | | | Consideration: Student Loan <br>Account sold to ECMC. Listed for notice. | | | | Notice Only |
| ACCOUNT NO.  2371 <br><br>City of San Diego <br>1010 2ND AVE STE 666 <br>SAN DIEGO, CA 92101 | | H | Incurred: 05/2011 <br>Consideration: Unsecured Debt | | | | 120.00 |
| ACCOUNT NO. <br><br>City of San Diego <br>202 C Street <br>San Diego, CA 92101 | | | Additional address for the City of San Diego. Listed for notice. | | | | Notice Only |
| ACCOUNT NO.  1582 <br><br>CMRE Financial Services <br>3075 E IMPERIAL HWY #200 <br>BREA, CA 92821 | | H | Incurred: 01/2011 <br>Consideration: Medical Services <br>Account purchased from Paradise Valley Hospital. | | | | 2,370.00 |
| ACCOUNT NO.  0173 <br><br>CMRE Financial Services <br>3075 E IMPERIAL HWY #200 <br>BREA, CA 92821 | | W | Incurred: 03/2008 <br>Consideration: Medical Services <br>Account purchased from Paradise Valley Hospital. | | | | 464.00 |

Sheet no. 12 of 43 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  2,954.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc.  ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Robert Anthony Stevens & Alysia Jasmine Stevens  ,          Case No. _____
          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5395<br><br>CMRE Financial Services<br>3075 E IMPERIAL HWY #200<br>BREA, CA 92821 | | H | Incurred: 11/2011<br>Consideration: Medical Services<br>Account purchased from JJ&R Emergency Medical Group. | | | | 458.00 |
| ACCOUNT NO.  7348<br><br>CMRE Financial Services<br>3075 E IMPERIAL HWY #200<br>BREA, CA 92821 | | H | Incurred: 01/2011<br>Consideration: Medical Services<br>Account purchased from La Jolla Radiology Medical Group. | | | | 309.00 |
| ACCOUNT NO.  7298<br><br>CMRE Financial Services<br>3075 E IMPERIAL HWY #200<br>BREA, CA 92821 | | H | Incurred: 10/2012<br>Consideration: Medical Services<br>Account purchased from San Diego Pathologists Medical Group. | | | | 262.00 |
| ACCOUNT NO.  1675<br><br>CMRE Financial Services<br>3075 E IMPERIAL HWY #200<br>BREA, CA 92821 | | H | Incurred: 08/2013<br>Consideration: Medical Services<br>Account purchased from San Diego Pathologists Medical Group. | | | | 185.00 |
| ACCOUNT NO.  2708<br><br>CMRE Financial Services<br>3075 E IMPERIAL HWY #200<br>BREA, CA 92821 | | W | Incurred: 12/2012<br>Consideration: Medical Services<br>Account purchased from San Diego Imaging Medical Group. | | | | 159.00 |

Sheet no.  13  of  43  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,373.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re    Robert Anthony Stevens & Alysia Jasmine Stevens    ,         Case No. _____

        **Debtor**                                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6273<br><br>CMRE Financial Services<br>3075 E IMPERIAL HWY #200<br>BREA, CA 92821 | | H | Incurred: 12/2010<br>Consideration: Medical Services<br>Account purchased from San Diego Pathologists Medical Group. | | | | 95.00 |
| ACCOUNT NO.  7476<br><br>CMRE Financial Services<br>3075 E IMPERIAL HWY #200<br>BREA, CA 92821 | | H | Incurred: 10/2012<br>Consideration: Medical Services<br>Account purchased from San Diego Pathologists Medical Group. | | | | 83.00 |
| ACCOUNT NO.  0735<br><br>CMRE Financial Services<br>3075 E IMPERIAL HWY #200<br>BREA, CA 92821 | | H | Incurred: 02/2011<br>Consideration: Medical Services<br>Account purchased from San Diego Pathologists Medical Group. | | | | 81.00 |
| ACCOUNT NO.  9768<br><br>CMRE Financial Services<br>3075 E IMPERIAL HWY #200<br>BREA, CA 92821 | | H | Incurred: 08/2012<br>Consideration: Medical Services<br>Account purchased from San Diego Imaging Medical Group. | | | | 64.00 |
| ACCOUNT NO.  6078<br><br>CMRE Financial Services<br>3075 E IMPERIAL HWY #200<br>BREA, CA 92821 | | H | Incurred: 11/2010<br>Consideration: Medical Services<br>Account purchased from La Jolla Radiology Medical Group. | | | | 45.00 |

Sheet no.  14   of  43   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $         368.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Robert Anthony Stevens & Alysia Jasmine Stevens   ,                    Case No. _____
                                    **Debtor**                                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6739<br><br>CMRE Financial Services<br>3075 E IMPERIAL HWY #200<br>BREA, CA 92821 | | H | Incurred: 10/2010<br>Consideration: Medical Services<br>Account purchased from La Jolla Radiology Medical Group. | | | | 44.00 |
| ACCOUNT NO.  6755<br><br>CMRE Financial Services<br>3075 E IMPERIAL HWY #200<br>BREA, CA 92821 | | H | Incurred: 12/2010<br>Consideration: Medical Services<br>Account purchased from La Jolla Radiology Medical Group. | | | | 44.00 |
| ACCOUNT NO.  6734<br><br>CMRE Financial Services<br>3075 E IMPERIAL HWY #200<br>BREA, CA 92821 | | H | Consideration: Medical Services<br>Account purchased from San Diego Imaging Medical Group. | | | | Notice Only |
| ACCOUNT NO.  3249<br><br>CMRE Financial Services<br>3075 E IMPERIAL HWY #200<br>BREA, CA 92821 | | W | Incurred: 05/2010<br>Consideration: Medical Services<br>Account purchased from La Jolla Radiology Medical Group. | | | | 35.00 |
| ACCOUNT NO.  5306<br><br>CMRE Financial Services<br>3075 E IMPERIAL HWY #200<br>BREA, CA 92821 | | H | Incurred: 06/2011<br>Consideration: Medical Services<br>Account purchased from San Diego Imaging Medical Group. | | | | 34.00 |

Sheet no.  15   of 43   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          157.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Robert Anthony Stevens & Alysia Jasmine Stevens   ,      Case No. _____

Debtor                                                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5945 <br><br> CMRE Financial Services <br> 3075 E IMPERIAL HWY #200 <br> BREA, CA 92821 | | H | Incurred: 07/2012 <br> Consideration: Medical Services <br> Account purchased from San Diego Imaging Medical Group. | | | | 34.00 |
| ACCOUNT NO.  7723 <br><br> CMRE Financial Services <br> 3075 E IMPERIAL HWY #200 <br> BREA, CA 92821 | | H | Incurred: 03/2013 <br> Consideration: Medical Services <br> Account purchased from San Diego Imaging Medical Group. | | | | 34.00 |
| ACCOUNT NO.  7724 <br><br> CMRE Financial Services <br> 3075 E IMPERIAL HWY #200 <br> BREA, CA 92821 | | H | Incurred: 03/2013 <br> Consideration: Medical Services <br> Account purchased from San Diego Imaging Medical Group. | | | | 30.00 |
| ACCOUNT NO.  7725 <br><br> CMRE Financial Services <br> 3075 E IMPERIAL HWY #200 <br> BREA, CA 92821 | | H | Incurred: 03/2013 <br> Consideration: Medical Services <br> Account purchased from San Diego Imaging Medical Group. | | | | 30.00 |
| ACCOUNT NO.  2660 <br><br> CMRE Financial Services <br> 3075 E IMPERIAL HWY #200 <br> BREA, CA 92821 | | W | Incurred: 11/2012 <br> Consideration: Medical Services <br> Account purchased from San Diego Imaging Medical Group. | | | | 27.00 |

Sheet no.  16   of  43   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   155.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Robert Anthony Stevens & Alysia Jasmine Stevens  ,          Case No. _____
_____
          **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5597 <br><br>CMRE Financial Services <br>3075 E IMPERIAL HWY #200 <br>BREA, CA 92821 | | W | Consideration: Medical Services <br>Account purchased from San Diego Imaging Medical Group. | | | | Notice Only |
| ACCOUNT NO.  1327 <br><br>Collection Bureau of America <br>25954 EDEN LANDING RD <br>HAYWARD, CA 94545 | | H | Incurred: 10/2008 <br>Consideration: Unsecured Debt <br>Account purchased from DS Waters of North America. | | | | 511.00 |
| ACCOUNT NO. <br><br>Collection Bureau of America <br>25954 Eden Landing Rd. 1st Floor <br>Hayward, CA 94545-3814 | | | Additional address for Collection Bureau of America. | | | | Notice Only |
| ACCOUNT NO. <br><br>Colony Insurance Company <br>P O Box 469012 <br>San Antonio, TX 78246 | | | Listed for notice only. | | | | Notice Only |
| ACCOUNT NO.  XXXX <br><br>ConMex Concrete Delivery, Inc. <br>1012 Grand Ave., Suite C <br>Spring Valley, CA 91977 | | | Consideration: Unsecured Debt <br>Listed as precaution | | | | Notice Only |

Sheet no.  17  of  43  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          511.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re    Robert Anthony Stevens & Alysia Jasmine Stevens    ,    Case No. _____
                  **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Continental Central Credit<br>5611 Palmer Way<br>Carlsbad, CA 92010 | | | Additional address for Continental Central Credit. Listed for notice. | | | | Notice Only |
| ACCOUNT NO.  0682<br><br>Continental Central Credit<br>5611 PALMER WAY STE G<br>CARLSBAD, CA 92010 | | W | Incurred: 02/2012<br>Consideration: Unsecured Debt<br>Account purchased from Otay Water District. | | | | 287.00 |
| ACCOUNT NO.<br><br>Contractors State License Board<br>9821 Business Park Drive<br>Sacramento, CA 95827 | | | Listed for notice only. | | | | Notice Only |
| ACCOUNT NO.<br><br>Convergent Outsourcing<br>10750 Hammerly Blvd. #200<br>Houston, TX 77043 | | | Additional address for Convergent Outsourcing. Listed for notice. | | | | Notice Only |
| ACCOUNT NO.  2729<br><br>Convergent Outsourcing<br>800 SW 39TH ST<br>RENTON, WA 98057 | | W | Incurred: 10/2009<br>Consideration: Unsecured Debt<br>Account purchased from Sprint. | | | | 1,091.00 |

Sheet no.  18  of  43  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,378.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Robert Anthony Stevens & Alysia Jasmine Stevens   ,   Case No. _____
_____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7359 Convergent Outsourcing 800 SW 39TH ST RENTON, WA 98057 | | H | Incurred: 11/2008 Consideration: Unsecured Debt Account purchased from Sprint. Listed for notice. | | | | 104.00 |
| ACCOUNT NO. Cox Communications, Inc. P.O. Box 787 Goleta, CA 93116 | | | Listed for notice only. | | | | Notice Only |
| ACCOUNT NO.  7416 Credit Collection Services PO BOX 9134 NEEDHAM, MA 02494 | | H | Incurred: 04/2012 Consideration: Unsecured Debt Account purchased from Infinity Insurance. | | | | 74.00 |
| ACCOUNT NO.  0475 Credit Collection Services PO BOX 9134 NEEDHAM, MA 02494 | | H | Incurred: 03/2013 Consideration: Unsecured Debt Account purchased from Infinity Insurance. | | | | 68.00 |
| ACCOUNT NO.  3841 Credit One 2333 N BROADWAY STE 130 SANTA ANA, CA 92706 | | H | Incurred: 11/2009 Consideration: Auto Loan | | | | 8,306.00 |

Sheet no.   19   of  43   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   8,552.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Robert Anthony Stevens & Alysia Jasmine Stevens    ,        Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 | | | Additional address for Credit One. Listed for notice. | | | | Notice Only |
| ACCOUNT NO.<br><br>Credit One Bank<br>PO BOX 60500<br>City of Industry, CA 91716 | | | Additional address for Credit One Bank. Listed for notice only. | | | | Notice Only |
| ACCOUNT NO.  7550<br><br>Credit One Bank<br>PO BOX 98875<br>LAS VEGAS, NV 89193 | | W | Consideration: Credit Card Debt (Unsecured)<br>Listed for notice only. | | | | Notice Only |
| ACCOUNT NO.<br><br>David K. Tirey<br>5264 Sandbar Cove Way<br>San Diego, CA 92154 | | | Listed as a precaution. | | | | Notice Only |
| ACCOUNT NO.<br><br>Department of the Treasury<br>Internal Revenue Service<br>Fresno, CA 93888 | | | Listed as a precaution. | | | | Notice Only |

Sheet no.  20  of  43  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Robert Anthony Stevens & Alysia Jasmine Stevens  ,        Case No. _____
            **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Department of the Treasury<br>Internal Revenue Service<br>PO BOX 9019<br>Holtsville, NY 11742-9019 | | | Additional address for the Department of the Treasury. | | | | Notice Only |
| ACCOUNT NO.<br><br>Diamond Concrete Supply<br>10124 Channel Road<br>Lakeside, CA 92040 | | | Listed for notice only. | | | | Notice Only |
| ACCOUNT NO.<br><br>DISH Network<br>9601 S Meridian Blvd.<br>Englewood, CO 80112 | | | Account sold to Afni, Inc. Listed for notice. | | | | Notice Only |
| ACCOUNT NO.  6808<br><br>Diversified Consultants<br>10550 DEERWOOD PARK BLVD<br>JACKSONVILLE, FL 32256 | | W | Incurred: 12/2013<br>Consideration: Unsecured Debt<br>Account purchased from AT&T Wireless. | | | | 726.00 |
| ACCOUNT NO.<br><br>Diversified Consultants<br>10550 Deerwood Park Blvd #309<br>Jacksonville, FL 32256 | | | Additional address for Diversified Consultants. Listed for notice. | | | | Notice Only |

Sheet no.  21   of  43   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $        726.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Robert Anthony Stevens & Alysia Jasmine Stevens    ,    Case No. _____
Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Diversified Consultants<br>PO BOX 551268<br>Jacksonville, FL 32255-1268 | | | Additional address for Diversified Consultants. Listed for notice. | | | | Notice Only |
| ACCOUNT NO. <br><br>Dr. Nicholas M. Gistaro<br>549 H Street Unit A<br>Chula Vista, CA 91910 | | | Listed as a precaution. | | | | Notice Only |
| ACCOUNT NO. <br><br>DS Waters of North America<br>5660 New Northside Drive #500<br>Atlanta, GA 30328 | | | Account sold to the Collection Bureau of America. Listed for notice. | | | | Notice Only |
| ACCOUNT NO. 0002<br>ECMC<br>1 IMATION PL<br>OAKDALE, MN 55128 | | W | Incurred: 02/2008<br>Consideration: Student Loan<br>Account purchased from CitiBank Student Loan Corporation. | | | | 6,873.00 |
| ACCOUNT NO. 0001<br>ECMC<br>1 IMATION PL<br>OAKDALE, MN 55128 | | W | Incurred: 02/2008<br>Consideration: Student Loan<br>Account purchased from CitiBank Student Loan Corporation. | | | | 4,347.00 |

Sheet no. 22 of 43 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 11,220.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Robert Anthony Stevens & Alysia Jasmine Stevens   ,          Case No. _____

_____Debtor_____                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ECMC<br>1 Imation Place Building 2<br>Oakdale, MN 55128 | | | Additional address for ECMC. Listed for notice. | | | | Notice Only |
| ACCOUNT NO.<br><br>EDCO<br>6670 Federal Blvd.<br>Lemon Grove, CA 91945 | | | Listed for notice only. | | | | Notice Only |
| ACCOUNT NO.   9118<br><br>Enhanced Recovery Company<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL 32256 | | H | Incurred: 06/2011<br>Consideration: Unsecured Debt<br>Account purchased from T-Mobile. | | | | 622.00 |
| ACCOUNT NO.<br><br>Equifax Credit<br>PO BOX 740040<br>Atlanta, GA 30374 | | | Listed as a precaution. | | | | Notice Only |
| ACCOUNT NO.<br><br>Eric Watkins<br>2389 Wander St.<br>Chula Vista, CA 91915 | | | Listed as a precaution | | | | Notice Only |

Sheet no. __23__ of __43__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 622.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Robert Anthony Stevens & Alysia Jasmine Stevens ,  Case No. _____
Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Escondido Resource Recovery<br>1044 W. Washington Ave.<br>Escondido, CA. 92025 | | | Account sold to Innovative Collections.<br>Listed for notice. | | | | Notice Only |
| ACCOUNT NO.<br><br>ESM Enterprises<br>9120 Main St # 1<br>Clarence, NY 14031 | | | Additional address for ESM Enterprises.<br>Listed for notice. | | | | Notice Only |
| ACCOUNT NO.  96N1<br><br>ESM Enterprises<br>PO BOX 11128<br>PENSACOLA, FL 32524 | | H | Incurred: 10/2008<br>Consideration: Unsecured Debt<br>Account purchased from Superior Ready Mix. | | | | 929.00 |
| ACCOUNT NO.<br><br>Ewing<br>3441 East Harbour Dr.<br>Phoenix, AZ 85034 | | | Listed for notice only. | | | | Notice Only |
| ACCOUNT NO.  5302<br><br>First Premier Bank<br>601 S MINNESOTA AVE<br>SIOUX FALLS, SD 57104 | | W | Incurred: 2009-2012<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 387.00 |

Sheet no.  24  of  43  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  1,316.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert Anthony Stevens & Alysia Jasmine Stevens    ,        Case No. _____
                          **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Franchise Tax Board<br>P.O. Box 942840<br>Sacramento, CA 94240 | | | Listed for notice only. | | | | Notice Only |
| ACCOUNT NO.<br><br>Hale V. Sharp Class Action<br>C/O Rust Consulting, Inc.<br>PO BOX 2726<br>Faribault, MN 55021-9726 | | | Listed as a precaution. | | | | Notice Only |
| ACCOUNT NO.<br><br>Hansen Aggregates<br>12560 Highway 67<br>Lakeside, CA 92040 | | | Consideration: Unsecured debt<br>Listed as precaution | | | | Notice Only |
| ACCOUNT NO.   6478<br><br>HCC Surety Group<br>601 S FIGUEROA ST #1600<br>LOS ANGELES, CA 90017 | | H | Incurred: 12/2011<br>Consideration: Unsecured Debt<br>Listed for notice. | | | | Notice Only |
| ACCOUNT NO.<br><br>HCC Surety Group<br>PO BOX 4312<br>Woodland Hills, CA 91365-4312 | | | Listed for notice only. | | | | Notice Only |

Sheet no. __25__ of __43__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $            0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Robert Anthony Stevens & Alysia Jasmine Stevens   ,          Case No. _____
                         **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Henry Mayo Newhall Hospital<br>23845 McBean Pkwy<br>Valencia, CA 91355 | | | Account sold to the California Business Bureau. Listed for notice. | | | | Notice Only |
| ACCOUNT NO.<br><br>Henry Mayo Newhall Hospital<br>PO BOX 9800<br>Coral Springs, FL 33075-9800 | | | Additional address for Henry Mayo Newhall Hospital. Listed for notice. | | | | Notice Only |
| ACCOUNT NO.   0001<br><br>I.C. System, Inc.<br>PO BOX 64378<br>SAINT PAUL, MN 55164 | | W | Incurred: 10/2012<br>Consideration: Unsecured Debt<br>Account purchased from Banfield Pet Hospital. | | | | 48.00 |
| ACCOUNT NO.<br><br>Imperial Credit Systems Inc.<br>125 N Parkside Dr #302<br>Colorado Springs, CO 80909-7025 | | | Listed as a precaution. | | | | Notice Only |
| ACCOUNT NO.<br><br>Infinity Insurance<br>P.O. Box 830189<br>Birmingham, AL 35283-0189 | | | Account sold to Credit Collection Services. Listed for notice. | | | | Notice Only |

Sheet no.   26   of   43   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          48.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Robert Anthony Stevens & Alysia Jasmine Stevens  ,
                 **Debtor**

Case No. _____
                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0946 <br><br> Innovative Collections <br> 204 N EL CAMINO REAL # E <br> ENCINITAS, CA 92024 | | W | Incurred: 11/2012 <br> Consideration: Unsecured Debt <br> Account purchased from Escondido <br> Resource Recovery. | | | | 112.00 |
| ACCOUNT NO. <br><br> Innovative Collections <br> P.O. Box 10078 <br> Bedford, NH 03110 | | | Additional address for Innovative <br> Collections. Listed for notice. | | | | Notice Only |
| ACCOUNT NO. <br><br> JJ&R Emergency Medical Group <br> 7300 Medical Center Dr. <br> West Hills, CA 91307 | | | Account sold to CMRE Financial Services. <br> Listed for notice. | | | | Notice Only |
| ACCOUNT NO. <br><br> Jose Leon <br> 815 1/2 Pleasant Lane <br> National City, CA 91950 | | | Listed as a precaution. | | | | Notice Only |
| ACCOUNT NO. <br><br> Jose Luis Leon <br> Bullet Concrete Pumping <br> 815 1/2 Pleasant Lane <br> National City, CA 91950 | | | Listed as precaution | | | | Notice Only |

Sheet no.  27  of  43  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        112.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Robert Anthony Stevens & Alysia Jasmine Stevens  ,
         **Debtor**

Case No. _____
         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>La Jolla Radiology Medical Group<br>6256 Greenwich Dr.<br>San Diego, CA 92122 | | | Account sold to CMRE Financial Services. Listed for notice. | | | | Notice Only |
| ACCOUNT NO.<br><br>La Jolla Summit West<br>1131 Wall Street<br>La Jolla, CA 92037 | | | Listed as precaution | | | | Notice Only |
| ACCOUNT NO.<br><br>Linebarger Goggan Blair & Sampson Attorneys At Law<br>1515 Cleveland Place, Suite 300<br>Denver, Colorado 80202 | | | Listed as a precaution. | | | | Notice Only |
| ACCOUNT NO.  2350<br><br>M Leonard and Associates<br>14520 ERWIN ST<br>VAN NUYS, CA 91411 | | W | Incurred: 09/2008<br>Consideration: Unsecured Debt<br>Account purchased from VCA Emergency Animal Hospital. | | | | 1,001.00 |
| ACCOUNT NO.<br><br>Mar-Con Products<br>1615 La Mirada Dr.<br>San Marcos, CA 92078 | | | Listed for notice only. | | | | Notice Only |

Sheet no.  28  of  43  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,001.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Robert Anthony Stevens & Alysia Jasmine Stevens   ,          Case No. _____
_____
          **Debtor**                                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3138 <br><br> Medicredit Corporation <br> PO BOX 1629 <br> MARYLAND HEIGHTS, MO 63043 | | H | Incurred: 09/2010 <br> Consideration: Medical Services <br> Account purchased from Melvin Och's Medical. | | | | 419.00 |
| ACCOUNT NO.  3142 <br><br> Medicredit Corporation <br> PO BOX 1629 <br> MARYLAND HEIGHTS, MO 63043 | | H | Incurred: 09/2010 <br> Consideration: Medical Services <br> Account purchased from Melvin Och's Medical. | | | | 388.00 |
| ACCOUNT NO. <br><br> Melvin Och's Medical <br> 435 H St <br> Chula Vista, CA 91910 | | | Account sold to Medicredit Corporation. Listed for notice. | | | | Notice Only |
| ACCOUNT NO. <br><br> Melvin Och's Medical <br> PO BOX 661987 <br> Arcadia, CA 91066-1987 | | | Additional address for Melvin Och's Medical. Listed for notice. | | | | Notice Only |
| ACCOUNT NO. <br><br> Michael John Treadwell <br> 3715 Cienega Drive <br> Bonita, CA 91902 | | | Listed as a precaution | | | | Notice Only |

Sheet no.  29  of  43  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          807.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  <u>Robert Anthony Stevens & Alysia Jasmine Stevens</u>,        Case No. _____
               **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Mowitz Equipment Rental <br> 9010 Jamacha Rd. <br> Spring Valley, CA 91977 | | | Listed as a precaution. | | | | Notice Only |
| ACCOUNT NO. <br><br> Navigators Insurance <br> 444 South Flower Street <br> 25th Floor <br> Los Angeles, CA 90071 | | | Listed for notice only. | | | | Notice Only |
| ACCOUNT NO. <br><br> Office of the City Attorney <br> 1200 Third Ave. #700 <br> San Diego, CA 92101-4103 | | | Listed as a precaution. | | | | Notice Only |
| ACCOUNT NO. <br><br> On Point Risk Solutions <br> 11455 El Camino Real <br> San Diego, CA 92130 | | | Listed for notice only. | | | | Notice Only |
| ACCOUNT NO. 4851 <br><br> Onyx Acceptance Corporation <br> 27051 TOWNE CENTRE DR <br> FOOTHILL RANCH, CA 92610 | | H | Incurred: 06/2004 <br> Consideration: Auto Loan <br> Zero balance. Listed for notice only. | | | | Notice Only |

Sheet no. <u>30</u> of <u>43</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                Subtotal ➤ | $           0.00

                                                   Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert Anthony Stevens & Alysia Jasmine Stevens   ,          Case No. _____
              **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Otay Landfill<br>1700 Maxwell Rd,<br>Chula Vista, CA 91911 | | | Listed for notice only. | | | | Notice Only |
| ACCOUNT NO.<br><br>Otay Water District<br>2554 Sweetwater Springs Blvd<br>Spring Valley, CA 91978 | | | Account sold to Continental Central Credit.<br>Listed for notice. | | | | Notice Only |
| ACCOUNT NO.<br><br>Pacific Gas and Electric Company<br>P.O. Box 997300<br>Sacramento, CA 95899-7300 | | | Listed for notice only. | | | | Notice Only |
| ACCOUNT NO.<br><br>Paradise Valley Hospital<br>2400 E 4th St<br>National City, CA 91950 | | | Consideration: Medical Services<br>Account sold to CMRE Financial Services.<br>Listed for notice. | | | | Notice Only |
| ACCOUNT NO.<br><br>Patient Financial Services<br>10150 Sorrento Valley Road #200<br>San Diego, CA 92121 | | | Listed as a precaution. | | | | Notice Only |

Sheet no.  31  of  43  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Robert Anthony Stevens & Alysia Jasmine Stevens ,          Case No. _____
                          **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Pedroza Ready Mix <br> 15275 Olde Highway 80 <br> San Diego, CA 92108 | | | Listed for notice only. | | | | Notice Only |
| ACCOUNT NO. <br><br> Penny Saver <br> 2830 Orbiter St. <br> Brea, CA 92821 | | | Listed for notice only. | | | | Notice Only |
| ACCOUNT NO.  3824 <br><br> Pinnacle Credit Services <br> 7900 HIGHWAY 7 # 100 <br> SAINT LOUIS PARK, MN 55426 | | H | Incurred: 12/2013 <br> Consideration: Unsecured Debt <br> Account purchased from Verizon Wireless. | | | | 1,335.00 |
| ACCOUNT NO. <br><br> Pinnacle Credit Services <br> 7900 Minnesota 7 <br> Minneapolis, MN 55426 | | | Additional address for Pinnacle Credit Services. Listed for notice. | | | | Notice Only |
| ACCOUNT NO. <br><br> Progressive Financial Services <br> P.O. Box 22083 <br> Tempe, AZ 85285 | | | Listed for notice only. | | | | Notice Only |

Sheet no. __32__ of __43__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,335.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Robert Anthony Stevens & Alysia Jasmine Stevens   ,                    Case No. _____
                  **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Progressive Management Systems<br>1521 W Cameron Ave<br>West Covina, CA 91790 | | | Additional address for Progressive Management Systems. Listed for notice. | | | | Notice Only |
| ACCOUNT NO.  9217 <br><br>Progressive Management Systems<br>1521 W CAMERON AVE FL 1<br>WEST COVINA, CA 91790 | | H | Incurred: 12/2012<br>Consideration: Medical Services<br>Account purchased from Sharp Chula Vista Medical Center. | | | | 2,120.00 |
| ACCOUNT NO.  8193 <br><br>Progressive Management Systems<br>1521 W CAMERON AVE FL 1<br>WEST COVINA, CA 91790 | | W | Incurred: 07/2013<br>Consideration: Medical Services<br>Account purchased from Sharp Chula Vista Medical Center. | | | | 1,643.00 |
| ACCOUNT NO.  6226 <br><br>Progressive Management Systems<br>1521 W CAMERON AVE FL 1<br>WEST COVINA, CA 91790 | | H | Incurred: 04/2013<br>Consideration: Medical Services<br>Account purchased from Sharp Chula Vista Medical Center. | | | | 1,041.00 |
| ACCOUNT NO.  3123 <br><br>Progressive Management Systems<br>1521 W CAMERON AVE FL 1<br>WEST COVINA, CA 91790 | | W | Incurred: 07/2013<br>Consideration: Medical Services<br>Account purchased from Sharp Chula Vista Medical Center. | | | | 85.00 |

Sheet no.  33  of  43  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  4,889.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re    Robert Anthony Stevens & Alysia Jasmine Stevens    ,        Case No. _____
_____
Debtor                                                                                                  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4964<br><br>Progressive Management Systems<br>1521 W CAMERON AVE FL 1<br>WEST COVINA, CA 91790 | | W | Incurred: 07/2013<br>Consideration: Medical Services<br>Account purchased from Sharp Chula Vista Medical Center. | | | | 85.00 |
| ACCOUNT NO.  4969<br><br>Progressive Management Systems<br>1521 W CAMERON AVE FL 1<br>WEST COVINA, CA 91790 | | W | Incurred: 07/2013<br>Consideration: Medical Services<br>Account purchased from Sharp Chula Vista Medical Center. | | | | 85.00 |
| ACCOUNT NO.  9982<br><br>Progressive Management Systems<br>1521 W CAMERON AVE FL 1<br>WEST COVINA, CA 91790 | | W | Incurred: 07/2013<br>Consideration: Medical Services<br>Account purchased from Sharp Chula Vista Medical Center. | | | | 81.00 |
| ACCOUNT NO.  0976<br><br>Progressive Management Systems<br>1521 W. CAMERON AV 1ST FLOOR<br>WEST COVINA, CA 91790 | | W | Incurred: 05/2011<br>Consideration: Medical Services<br>Account purchased from Sharp Chula Vista Medical Center. | | | | 7,342.00 |
| ACCOUNT NO.  6406<br><br>Progressive Management Systems<br>1521 W. CAMERON AV 1ST FLOOR<br>WEST COVINA, CA 91790 | | H | Incurred: 02/2011<br>Consideration: Medical Services<br>Account purchased from Sharp Chula Vista Medical Center. | | | | 2,878.00 |

Sheet no. __34__ of __43__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 10,471.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert Anthony Stevens & Alysia Jasmine Stevens   ,          Case No. _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8193<br><br>Progressive Management Systems<br>1521 W. CAMERON AV 1ST FLOOR<br>WEST COVINA, CA 91790 | | W | Incurred: 07/2013<br>Consideration: Medical Services<br>Account purchased from Sharp Chula Vista Medical Center. | | | | 1,643.00 |
| ACCOUNT NO.  9982<br><br>Progressive Management Systems<br>1521 W. CAMERON AV 1ST FLOOR<br>WEST COVINA, CA 91790 | | W | Incurred: 07/2013<br>Consideration: Medical Services<br>Account purchased from Sharp Chula Vista Medical Center. | | | | 81.00 |
| ACCOUNT NO.<br><br>Progressive Management Systems<br>PO BOX 2220<br>West Covina, CA 91793-2220 | | | Additional address for Progressive Management Systems. Listed for notice. | | | | Notice Only |
| ACCOUNT NO.<br><br>Rady Children's Hospital<br>3020 Children's Way<br>San Diego, CA 92123 | | | Listed for notice only. | | | | Notice Only |
| ACCOUNT NO.<br><br>Richard Greene<br>2032 Waterbury Cir.<br>Chula Vista, CA 91913 | | | Listed as precaution | | | | Notice Only |

Sheet no.  35  of  43  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   1,724.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re    Robert Anthony Stevens & Alysia Jasmine Stevens    ,          Case No. _____
                        **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RJM Acquisitions LLC<br>575 Underhill Blvd. #224<br>Syosset, NY 11791-4437 | | | Listed as a precaution. | | | | Notice Only |
| ACCOUNT NO.  3003<br><br>Road Runner Collection Services<br>5565 AVENIDA FIESTA<br>LA JOLLA, CA 92037 | | H | Incurred: 06/2008<br>Consideration: Medical Services<br>Account purchased from California<br>Emergency Medical Group. | | | | 302.00 |
| ACCOUNT NO.  4680<br><br>Road Runner Collection Services<br>5565 AVENIDA FIESTA<br>LA JOLLA, CA 92037 | | H | Incurred: 08/2008<br>Consideration: Medical Services<br>Account purchased from California<br>Emergency Medical Group. | | | | 299.00 |
| ACCOUNT NO.<br><br>Road Runner Collection Services<br>PO BOX 9022<br>LA JOLLA, CA 92038 | | | Additional address for Road Runner Collection Services. Listed for notice. | | | | Notice Only |
| ACCOUNT NO.<br><br>Robertson's Ready Mix<br>200 S Main St. #200<br>Corona, CA 92882 | | | Listed for notice only. | | | | Notice Only |

Sheet no.   36   of  43   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤        $        601.00

Total ➤        $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Robert Anthony Stevens & Alysia Jasmine Stevens   ,          Case No. _____
                      **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>San Diego County<br>Office of Revenue and Recovery<br>PO BOX 129037<br>San Diego, CA 92112 | | | Listed for notice only. | | | | Notice Only |
| ACCOUNT NO.<br><br>San Diego Imaging<br>PO Box 23540<br>San Diego, CA 92193 | | | Account sold to CMRE Financial Services. | | | | Notice Only |
| ACCOUNT NO.<br><br>San Diego Pathologists Medical<br>7592 Metropolitan Dr #406<br>San Diego, CA 92108 | | | Account sold to CMRE Financial Services. Listed for notice. | | | | Notice Only |
| ACCOUNT NO.<br><br>Santa Clarita Emergency Medical<br>PO BOX 661540<br>Arcadia, CA 91066-1540 | | | Listed as a precaution. | | | | Notice Only |
| ACCOUNT NO.<br><br>Scripps<br>PO BOX 515079<br>Los Angeles, CA 90051-5079 | | | Additional address for Scripps. Listed for notice. | | | | Notice Only |

Sheet no. _37_ of _43_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

            Subtotal ➤    $           0.00

            Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Robert Anthony Stevens & Alysia Jasmine Stevens  ,
_____
Debtor

Case No. _____
(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Scripps Clinic<br>4275 Campus Point Ct.<br>San Diego, CA 92121 | | | Account sold to the California Business Bureau. Listed for notice. | | | | Notice Only |
| ACCOUNT NO. <br><br> Scripps Health Chula Vista<br>237 Church Avenue<br>Chula Vista, CA  91910 | | | Consideration: Medical Services<br>Account sold to the California Business Bureau. Listed for notice. | | | | Notice Only |
| ACCOUNT NO. <br><br> Sharp Chula Vista Medical Center<br>PO BOX 748424<br>Los Angeles, CA 90074 | | | Additional address for Sharp Chula Vista Medical Center. | | | | Notice Only |
| ACCOUNT NO. <br><br> Sharp Chula Vista Medical Center<br>751 Medical Center Ct<br>Chula Vista, CA 91911 | | | Consideration: Medical Services<br>Account sold to Progressive Management Systems. Listed for notice. | | | | Notice Only |
| ACCOUNT NO. <br><br> Sharp Healthcare<br>8695 Spectrum Center Blvd.<br>San Diego, CA 92123 | | | Listed for notice only. | | | | Notice Only |

Sheet no. __38__ of __43__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Robert Anthony Stevens & Alysia Jasmine Stevens___,        Case No. _____
                            **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>South Bay Expressway<br>1129 La Media Road<br>San Diego, CA 92154 | | | Listed for notice. | | | | Notice Only |
| ACCOUNT NO.<br><br>South Bay Surgical Center<br>23500 Madison Street<br>Torrance, CA 90505 | | | Consideration: Medical Services<br>Account sold to California Accounts Services. | | | | Notice Only |
| ACCOUNT NO.<br><br>Sprint<br>PO Box 4191<br>Carol Stream, IL 60197-4191 | | | Account sold to Convergent Outsourcing.<br>Listed for notice. | | | | Notice Only |
| ACCOUNT NO.<br><br>Steve Bancroft Motors, LLC<br>8760 Campo Rd.<br>La Mesa, CA 91941 | | | Listed for notice only. | | | | Notice Only |
| ACCOUNT NO.<br><br>Superior Ready Mix<br>1508 W. Mission Road<br>Escondido CA 92029 | | | Consideration: Unsecured Debt<br>Account sold to ESM Enterprises. Listed for notice. | | | | Notice Only |

Sheet no. __39__ of __43__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $        0.00

Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Robert Anthony Stevens & Alysia Jasmine Stevens  ,          Case No. _____
                          **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Sweetwater Authority<br>505 Garrett Ave<br>Chula Vista, CA 91910 | | | Account sold to California Accounts Services. Listed for notice. | | | | Notice Only |
| **ACCOUNT NO.**<br><br>Sweetwater Authority<br>PO BOX 2328<br>Chula Vista, CA 91912-2328 | | | Additional address for Sweetwater Authority. Listed for notice. | | | | Notice Only |
| **ACCOUNT NO.**<br><br>Sycamore Landfill Inc.<br>8514 Mast Blvd,<br>Santee, CA 92071 | | | Listed for notice only. | | | | Notice Only |
| **ACCOUNT NO.**<br><br>T-Mobile<br>PO Box 53410<br>Bellevue, WA 98015-3410 | | | Account sold to Enhanced Recovery Company. Listed for notice. | | | | Notice Only |
| **ACCOUNT NO.**<br><br>The MB&W Building<br>26000 Cannon Road<br>Cleveland, Ohio 44146 | | | Listed as a precaution. | | | | Notice Only |

Sheet no. __40__ of __43__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   | $               0.00

Total ➤   | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Robert Anthony Stevens & Alysia Jasmine Stevens ,        Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>The Neat Company<br>1601 Market St., Suite 3500<br>Philadelphia, PA 19103 | | | Listed as a precaution. | | | | Notice Only |
| ACCOUNT NO.<br><br>Tower Select Insurance Company<br>120 Broadway, 31st Floor<br>New York, NY 10271 | | | Listed as a precaution. | | | | Notice Only |
| ACCOUNT NO.<br><br>TransWestern Publishing<br>PO BOX 513236<br>Los Angeles, CA 90051-1236 | | | Listed as a precaution. | | | | Notice Only |
| ACCOUNT NO.<br><br>Transworld Systems Inc.<br>507 Prudential Rd.<br>Horsham, PA 19044 | | | Listed as a precaution. | | | | Notice Only |
| ACCOUNT NO.<br><br>United Recovery Systems, LP<br>PO BOX 722929<br>Houston, TX 77272-2929 | | | Listed for notice only. | | | | Notice Only |

Sheet no. __41__ of __43__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $              0.00

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert Anthony Stevens & Alysia Jasmine Stevens  ,                    Case No. _____
                         **Debtor**                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>US Bank<br>600 W Broadway, Suite 100<br>San Diego, CA 92101 | | | Listed for notice only. | | | | Notice Only |
| ACCOUNT NO.<br><br>VCA Emergency Animal Hospital<br>2317 Hotel Cir S<br>San Diego, CA 92108 | | | Account sold to M Leonard and Associates.<br>Listed for notice. | | | | Notice Only |
| ACCOUNT NO.<br><br>Verizon Wireless<br>PO Box 5029<br>Wallingford, CT 06492 | | | Account sold to Pinnacle Credit Services.<br>Listed for notice. | | | | Notice Only |
| ACCOUNT NO.<br><br>VJP Construction, Inc.<br>9115 Chesapeake Dr.<br>San Diego, CA 92123 | | | Listed for notice only. | | | | Notice Only |
| ACCOUNT NO.<br><br>Walters Management<br>9665 Chesapeake Dr. #300<br>San Diego, CA 92123-1364 | | | Listed for notice. | | | | Notice Only |

Sheet no. _42_ of _43_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $          0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Robert Anthony Stevens & Alysia Jasmine Stevens       ,                Case No. _____
                                    **Debtor**                                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Wells Fargo <br> 420 Montgomery Street <br> San Francisco, CA 94104 | | | Listed as a precaution. | | | | Notice Only |
| ACCOUNT NO. <br><br> Yellow Pages <br> 611 North Brand Boulevard #500 <br> Glendale, CA 91203 | | | Listed for notice only. | | | | Notice Only |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no. __43__ of __43__ continuation sheets attached to Schedule of  Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ | 76,699.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc.- ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B6G (Official Form 6G) (12/07)

In re    Robert Anthony Stevens & Alysia Jasmine Stevens           Case No. _____
_____
          Debtor                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Ann Gonzalez<br>c/o Robert and Alysia Stevens<br>1752 Gotham Street<br>Chula Vista, CA 91913 | Residential lease<br>Debtors are lessees |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**B6H (Official Form 6H) (12/07)**

In re  Robert Anthony Stevens & Alysia Jasmine Stevens
_____
            **Debtor**

Case No. _____
                                    **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**Fill in this information to identify your case:**

Debtor 1      Robert Anthony Stevens
              First Name            Middle Name            Last Name

Debtor 2      Alysia Jasmine Stevens
(Spouse, if filing)  First Name            Middle Name            Last Name

United States Bankruptcy Court for the:      Southern      District of  CA

Case number
(if known)      _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
   chapter 13 income as of the following date:
   _____
   MM / DD / YYYY

Official Form **B 6I**

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☒ Not employed |
| **Occupation** | Handyman- Self employed | |
| **Employer's name** | The Shower Pan Co. | |
| **Employer's address** | 1752 Gotham St.<br>Number   Street<br><br>Chula Vista, CA 91913<br>City           State   ZIP Code | Number   Street<br><br>City           State   ZIP Code |
| **How long employed there?** | 13 years | |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ _____ 0.00 | $ _____ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | + $ _____ 0.00 | + $ _____ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | $ _____ 0.00 | $ _____ 0.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

Debtor 1    **Robert Anthony Stevens**

First Name        Middle Name        Last Name

Case number *(if known)*_____

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ..............................................➔ 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.    6.    $ 0.00    $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0.00    $ 0.00

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 5,619.00    $ 0.00

8b. **Interest and dividends**    8b.    $ 0.00    $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $ 318.00

8d. **Unemployment compensation**    8d.    $ 0.00    $ 0.00

8e. **Social Security**    8e.    $ 0.00    $ 0.00

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $ 0.00    $ 0.00

8g. **Pension or retirement income**    8g.    $ 0.00    $ 0.00

8h. **Other monthly income.** Specify: _____    8h.    + $ 0.00    + $ 0.00

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $ 5,619.00    $ 318.00

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $ 5,619.00    +    $ 318.00    =    $ 5,937.00

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11.    + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.

Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.    $ 5,937.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

[X] No.

[ ] Yes. Explain:

| |
|---|
| |

Official Form B 6I          **Schedule I: Your Income**          page **2**

**Fill in this information to identify your case:**

Debtor 1    Robert Anthony Stevens
            First Name                Middle Name                Last Name

Debtor 2    Alysia Jasmine Stevens
(Spouse, if filing)  First Name        Middle Name                Last Name

United States Bankruptcy Court for the:    Southern    District of CA

Case number  _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
   maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses                                          12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No.  Go to line 2.

   ☒ Yes. **Does Debtor 2 live in a separate household?**

       ☒ No

       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**        ☐ No

   Do not list Debtor 1 and       ☒ Yes. Fill out this information for
   Debtor 2.                            each dependent..........................

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| son | 12 | ☐ No ☒ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☒ No    ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

|  | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1,900.00 |
| **If not included in line 4:** | | |
| 4a.    Real estate taxes | 4a. | $ 0.00 |
| 4b.    Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c.    Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d.    Homeowner's association or condominium dues | 4d. | $ 0.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7-7.815 - 32818-301X-***** - PDF-XChange 3.0

Debtor 1    Robert Anthony Stevens _____    Case number (if known)_____
First Name    Middle Name    Last Name

| | | | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $_____0.00 |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. | $_____220.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $_____200.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $_____249.00 |
| 6d. | Other. Specify: _____ | 6d. | $_____0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $_____900.00 |
| 8. | **Childcare and children's education costs** | 8. | $_____0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $_____200.00 |
| 10. | **Personal care products and services** | 10. | $_____0.00 |
| 11. | **Medical and dental expenses** | 11. | $_____0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $_____550.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $_____0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $_____0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $_____0.00 |
| 15b. | Health insurance | 15b. | $_____0.00 |
| 15c. | Vehicle insurance | 15c. | $_____115.00 |
| 15d. | Other insurance. Specify:_____ | 15d. | $_____0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $_____0.00 |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $_____437.12 |
| 17b. | Car payments for Vehicle 2 | 17b. | $_____0.00 |
| 17c. | Other. Specify:_____ | 17c. | $_____0.00 |
| 17d. | Other. Specify:_____ | 17d. | $_____0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).** | 18. | $_____0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $_____0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a. | Mortgages on other property | 20a. | $_____0.00 |
| 20b. | Real estate taxes | 20b. | $_____0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $_____0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $_____0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. | $_____0.00 |

Debtor 1    Robert Anthony Stevens _____

First Name        Middle Name        Last Name

Case number *(if known)*_____

| | | | |
|---|---|---|---|
| 21. | **Other**. Specify: _____ _____ | 21. | +$ _____ 1,727.75 |
| 22. | **Your monthly expenses.** Add lines 4 through 21.<br>The result is your monthly expenses. | 22. | $ _____ 6,498.87 |

23. **Calculate your monthly net income.**

23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*        23a.  $ _____ 5,937.00

23b.  Copy your monthly expenses from line 22 above.        23b.  — $ _____ 6,498.87

23c.  Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*        23c.  $ _____ -561.87

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

[X] No.

[ ] Yes.    Explain here:

B6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Southern District of California

Robert Anthony Stevens & Alysia Jasmine Stevens

In re _____     Case No. _____

_____
Debtor

Chapter ____7____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $        0.00 | | |
| B – Personal Property | YES | 3 | $    12,496.00 | | |
| C –  Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $    11,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $    39,000.76 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 44 | | $    76,699.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $    5,937.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 3 | | | $    6,498.87 |
| TOTAL | | 61 | $    12,496.00 | $    126,699.76 | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc.- ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

Official Form 6 - Statistical Summary (12/13)

# United States Bankruptcy Court
## Southern District of California

In re    Robert Anthony Stevens & Alysia Jasmine Stevens                Case No. _____
_____
Debtor

Chapter        7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

   If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   37,000.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   2,000.76 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   0.00 |
| Student Loan Obligations (from Schedule F) | $   0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $   0.00 |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   0.00 |
| TOTAL | $   39,000.76 |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $   5,937.00 |
| Average Expenses (from Schedule J, Line 22) | $   6,498.87 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   4,209.25 |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   5,353.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   39,000.76 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   0.00 |
| 4.  Total from Schedule F | | $   76,699.00 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   82,052.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

**B6 (Official Form 6 - Declaration) (12/07)**

In re ___Robert Anthony Stevens & Alysia Jasmine Stevens_____ Case No. _____
          **Debtor**                                                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___63___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___July 30, 2014_____          Signature: ___/s/ Robert Anthony Stevens_____
                                                                          **Debtor**

Date ___July 30, 2014_____          Signature: ___/s/ Alysia Jasmine Stevens_____
                                                                          **(Joint Debtor, if any)**

                                               **[If joint case, both spouses must sign].**

--------------------------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                        Social Security No.
of Bankruptcy Petition Preparer                                   *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),*and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                                              _____
                                                              **[Print or type name of individual signing on behalf of debtor.]**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

--------------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

In Re  Robert Anthony Stevens & Alysia Jasmine Stevens                    Case No. _____
                                                                                        (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an applicable question is "None," mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1.  Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐

| | AMOUNT | SOURCE |
|---|---|---|
| 2014(db) | 27,244 | Employment |
| 2013(db) | 47,115 | Employment |
| 2012(db) | 14,294 | Employment |
| 2014(jdb) | | |
| 2013(jdb) | | |
| 2012(jdb) | | |

B7 (Official Form 7) (04/13)                                                                                                    2

---

**2.    Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2014  (db)        1,908 | Child support received by Alysia Stevens |
| 2013(db)         3,816 | Child support received by Alysia Stevens |

---

**3. Payments to creditors**

None ☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None ☒

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                    3

None

☒

c. *All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐

a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Tirey v. Stevens Small Claims Case No. 31-2013-00311489-SC-SC-CTL | Collections | San Diego Superior Court Small ClaIims Division 8950 Clairemont Mesa Blvd. San Diego, CA 92123 | Judgment |
| Leon v. Stevens dba Steven Construction Cae No. 37-2012-00004437-SC-SC-CTL | Collections | San Diego Superior Court Small ClaIims Division 8950 Clairemont Mesa Blvd. San Diego, CA 92123 | Judgment |

None

☒

b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                      4

---

**5.   Repossessions, foreclosures and returns**

None          List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☒         lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
          (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or
          both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND | DATE OF REPOSESSION, | DESCRIPTION AND |
| ADDRESS OF | FORECLOSURE SALE, | VALUE OF PROPERTY |
| CREDITOR OR SELLER | TRANSFER OR RETURN | |

---

**6.   Assignments and Receiverships**

None          a.     Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding
☒         the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any
          assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
          joint petition is not filed.)

| NAME AND | DATE OF ASSIGNMENT | TERMS OF |
| ADDRESS OF | | ASSIGNMENT |
| ASSIGNEE | | OR SETTLEMENT |

---

None          b.     List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
☒         year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
          must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
          the spouses are separated and a joint petition is not filed.)

| NAME AND | NAME AND LOCATION | DATE OF | DESCRIPTION AND |
| ADDRESS OF | OF COURT CASE TITLE | ORDER | VALUE OF PROPERTY |
| CUSTODIAN | & NUMBER | | |

---

**7.   Gifts**

None          List all gifts or charitable contributions made within one year immediately preceding the commencement of this
☒         case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family
          member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter
          12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed,
          unless the spouses are separated and a joint petition is not filed.)

| NAME AND | RELATIONSHIP | DATE OF | DESCRIPTION AND |
| ADDRESS OF | TO DEBTOR, IF ANY | GIFT | VALUE OF GIFT |
| PERSON OR ORGANIZATION | | | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B7 (Official Form 7) (04/13)                                                                                                5

**8.    Losses**

None    ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.    Payments related to debt counseling or bankruptcy**

None    ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Mark Aalam<br>Bankruptcy Legal Center<br>101 W. Broadway, Ste. 815<br>San Diego, CA 92101 | July 2014<br>Payor: Robert Anthony Stevens &<br>Alysia Jasmine Stevens | $2,100.00 |

**10.    Other transfers**

None    ☐    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| John Doe<br>Address unknown<br>Relationship: none | April 2013 | 2001 Chevrolet Tahoe<br>Value: $4,000<br>Sold for: $4,000 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B7 (Official Form 7) (04/13)                                                                                                6

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                    7

---

**14.  Property held for another person**

None      List all property owned by another person that the debtor holds or controls.
☒

|         NAME AND          |    DESCRIPTION AND    |   LOCATION OF PROPERTY   |
|  ADDRESS OF OWNER         |    VALUE OF PROPERTY   |                          |

---

**15.  Prior address of debtor**

None
☒          If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |

---

**16.  Spouses and Former Spouses**

None
☒          If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin)  within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None
☒          a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

|    SITE NAME    |    NAME AND ADDRESS    |   DATE OF   |   ENVIRONMENTAL   |
|  AND ADDRESS    |  OF GOVERNMENTAL UNIT  |   NOTICE    |       LAW         |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B7 (Official Form 7) (04/13)                                                                                      8

---

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18. Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Robert Stevens dba The Shower Pan Co. fka Stevens Construction | XXXX7004 | 1752 Gotham Street Chula Vista, CA 91913 | Handyman | dba The Shower Pan Co. (3/2013 - Present) fka Stevens Construction (2001 - 3/2013) |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B7 (Official Form 7) (04/13)                                                                                          9

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

NAME                                                            ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

   *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*


**19.  Books, record and financial statements**

None        a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐          bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

Robert Anthony Stevens                                    2001 - Present
1752 Gotham Street
Chula Vista, CA 91913


None        b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case
☒          have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                    DATES SERVICES RENDERED


None        c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books
☐          of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                ADDRESS

Robert Anthony Stevens              1752 Gotham Street
                                    Chula Vista, CA 91913

B7 (Official Form 7) (04/13)                                                                                                         10

None ☒    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                     DATE
ISSUED

**20. Inventories**

None ☒    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None ☒    b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                 NAME AND ADDRESSES OF CUSTODIAN OF
INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None ☒    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

None ☒    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS             TITLE             NATURE AND PERCENTAGE OF
STOCK OWNERSHIP

**22. Former partners, officers, directors and shareholders**

None ☒    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

NAME               ADDRESS             DATE OF WITHDRAWAL

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B7 (Official Form 7) (04/13)                                                                                                                 11

None
☒  b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

**23. Withdrawals from a partnership or distribution by a corporation**

None
☒  If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group**

None
☒  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds**

None
☒  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

*    *    *    *    *    *

B7 (Official Form 7) (04/13)                                                                                                                        12

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___July 30, 2014_____     Signature     ___/s/ Robert Anthony Stevens_____
                                     of Debtor      ROBERT ANTHONY STEVENS

Date ___July 30, 2014_____     Signature     ___/s/ Alysia Jasmine Stevens_____
                                     of Joint Debtor ALYSIA JASMINE STEVENS

___0___ continuation sheets attached

**Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571**

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____        _____
Signature of Bankruptcy Petition Preparer                                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

Bankruptcy2014 ©1991-2014, New Hope Software, Inc.- ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
### Southern District of California

Robert Anthony Stevens & Alysia Jasmine Stevens

In re _____ ,   Case No. _____
                        Debtor                                    Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate.  *(Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)*

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br> Westlake Financial Services<br> PO BOX 54807<br> Los Angeles, CA 90054-0807 | **Describe Property Securing Debt:**<br> 2005 Ford F350 |

Property will be *(check one)*:

☐ Surrendered                    ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☑ Claimed as exempt                    ☐ Not claimed as exempt

---

| Property No. 2  *(if necessary)* | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:

☐ Surrendered                    ☐ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☐ Claimed as exempt                    ☐ Not claimed as exempt

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B8 (Official Form 8) (12/08)                                                                                          Page 2

**PART B** - Personal property subject to unexpired leases.  *(All three columns of Part B must be completed for Each unexpired lease.  Attach additional pages if necessary.)*

| Property No. 1    NO Leased Property | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES        ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES        ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES        ☐ NO |

_____0_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: July 30, 2014
_____

/s/ Robert Anthony Stevens
_____
Signature of Debtor

/s/ Alysia Jasmine Stevens
_____
Signature of Joint Debtor

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

```
800 Loanmart
15821 VENTURA BLVD STE 1
ENCINO, CA 91436


800 Loanmart
15821 Ventura Blvd Suite 280
Encino, CA 91436


A1 Party Rentals
251 E Front St
Covina, CA 91723


ABC Supply Co. Inc.
135 W. 30th St.
National City, CA 91950


Acceptance Now
5501 HEADQUARTERS DR
PLANO, TX 75024


Acceptance Now
5501 HEADQUARTERS DR.
PLANO, TX 75024


Afni, Inc.
404 Brock Dr.
Bloomington, IL 61701


Afni, Inc.
PO BOX 3097
BLOOMINGTON, IL 61702


Afni, Inc.
PO BOX 3517
Bloomington, IL 61702-3517


AllianceOne Receivables Management
3000 Ames Crossing Road, Ste. 750
Eagan, MN 55121
```

```
AllianceOne Receivables Management
6565 KIMBALL DR
GIG HARBOR, WA 98335


AllianceOne Receivables Management
6565 KIMBALL DR
GIG HARBOR, WA 98335


AllianceOne Receivables Management
6565 KIMBALL DR
GIG HARBOR, WA 98335


AllianceOne Receivables Management
6565 KIMBALL DR
GIG HARBOR, WA 98335


AllianceOne Receivables Management
6565 KIMBALL DR
GIG HARBOR, WA 98335


AllianceOne Receivables Management
6565 KIMBALL DR
GIG HARBOR, WA 98335


AllianceOne Receivables Management
6565 KIMBALL DR #200
GIG HARBOR, WA 98335


AllianceOne Receivables Management
6565 KIMBALL DR. #200
GIG HARBOR, WA 98335


AllianceOne Receivables Management
PO BOX 2449
GIG HARBOR, WA 98335


AllianceOne Receivables Management
6565 KIMBALL DR
GIG HARBOR, WA 98335
```

AllianceOne Receivables Management
6565 KIMBALL DR STE 200
GIG HARBOR, WA 98335


American Medical Response
20101 Hamilton Ave. Suite 300
Torrance, CA 90502


AmeriCredit
PO BOX 183621
Arlington, Texas 76096-3621


Analytic Pathology Medical Group
PO BOX 8660
St. Louis, MO 63126-0660


Angelus Block Co. Inc.
11374 Tuxford St.
Sun Valley, CA 91352


Ann Gonzalez
c/o Robert and Alysia Stevens
1752 Gotham Street
Chula Vista, CA 91913


AT&T
PO Box 537104
Atlanta, GA 30353


Autopawn of California
9483 Camino Ruiz
San Diego, CA 92126


Autopawn of California
9483 CAMINO RUIZ STE B
SAN DIEGO, CA 92126


B&D Concrete
10 Enterprise Blvd. SW
Atlanta, GA 30336

Baldwin Auto Sales
8327 Hercules St.
La Mesa, CA 91942


Banfield Pet Hospital
1840 Main Ct.
Chula Vista, CA 91911-1911


Banfield Pet Hospital
P.O. Box 13998
Portland, OR 97213-0998


Bank of America
PO Box 15019
Wilmington, DE 19886-5019


Builders Advantage Insurance
107 Main Street
Roseville, CA 95678


Bullet Concrete Pumping
815 1/2 Plesant Ln
National City, CA 91950


California Accounts Services
329 Van Houten Ave
El Cajon, CA 92020


California Accounts Services
P.O. BOX 1622
EL CAJON, CA 92022


California Accounts Services
P.O. BOX 1622
EL CAJON, CA 92022


California Business Bureau
1711 S. MOUNTAIN AVE.
MONROVIA, CA 91016

California Business Bureau
1711 South Mountain Avenue
Monrovia, CA 91016


California Business Bureau
4542 RUFFNER ST STE 160
SAN DIEGO, CA 92111


California Business Bureau
4542 RUFFNER ST STE 160
SAN DIEGO, CA 92111


California Business Bureau
4542 RUFFNER ST STE 160
SAN DIEGO, CA 92111


California Business Bureau
4542 RUFFNER ST STE 160
SAN DIEGO, CA 92111


California Business Bureau
4542 RUFFNER ST STE 160
SAN DIEGO, CA 92111


California Business Bureau
4542 RUFFNER ST STE 160
SAN DIEGO, CA 92111


California Business Bureau
P. O. Box 5010
Monrovia, CA 91017-7110


California Emergency Medical Group
2100 Powell Street, Suite 920
Emeryville, CA 94608-1803


California Emergency Medical Group
PO BOX 582663
Modesto, CA 95358-0046

Cameron and Beth Norred
2547 Crooked Trail Road
Chula Vista, CA 91914


Cameron Norred
2547 Crooked Trail Rd.
Chula Vista, CA 91914


Capital One Auto Finance
3901 DALLAS PKWY
PLANO, TX 75093


Capital One Auto Finance
7933 Preston Road
Plano, TX 75024-2302


Cardiovascular Institute of San Diego
754 Medical Center Court #204
Chula Vista, CA 91911-6656


Certegy
P.O. BOX 30046
TAMPA, FL 33630


Chase Bank
P.O. Box 15298
Wilmington, DE 19850


Children's Primary Care
Medical Group
3860 Calle Fortunada #200
San Diego, CA 92123-4802


CIG Financial
6 Executive Cir
Irvine, CA 92614


CIG Financial
PO BOX 19795
IRVINE, CA 92623

Citibank, N.A.
The Student Loan Corporation
P.O. Box 688965
Des Moines, IA 50368-8965


City of San Diego
1010 2ND AVE STE 666
SAN DIEGO, CA 92101


City of San Diego
202 C Street
San Diego, CA 92101


CMRE Financial Services
3075 E IMPERIAL HWY #200
BREA, CA 92821


CMRE Financial Services
3075 E IMPERIAL HWY #200
BREA, CA 92821


CMRE Financial Services
3075 E IMPERIAL HWY #200
BREA, CA 92821


CMRE Financial Services
3075 E IMPERIAL HWY #200
BREA, CA 92821


CMRE Financial Services
3075 E IMPERIAL HWY #200
BREA, CA 92821


CMRE Financial Services
3075 E IMPERIAL HWY #200
BREA, CA 92821


CMRE Financial Services
3075 E IMPERIAL HWY #200
BREA, CA 92821

CMRE Financial Services
3075 E IMPERIAL HWY #200
BREA, CA 92821


CMRE Financial Services
3075 E IMPERIAL HWY #200
BREA, CA 92821


CMRE Financial Services
3075 E IMPERIAL HWY #200
BREA, CA 92821


CMRE Financial Services
3075 E IMPERIAL HWY #200
BREA, CA 92821


CMRE Financial Services
3075 E IMPERIAL HWY #200
BREA, CA 92821


CMRE Financial Services
3075 E IMPERIAL HWY #200
BREA, CA 92821


CMRE Financial Services
3075 E IMPERIAL HWY #200
BREA, CA 92821


CMRE Financial Services
3075 E IMPERIAL HWY #200
BREA, CA 92821


CMRE Financial Services
3075 E IMPERIAL HWY #200
BREA, CA 92821


CMRE Financial Services
3075 E IMPERIAL HWY #200
BREA, CA 92821

```
CMRE Financial Services
3075 E IMPERIAL HWY #200
BREA, CA 92821


CMRE Financial Services
3075 E IMPERIAL HWY #200
BREA, CA 92821


CMRE Financial Services
3075 E IMPERIAL HWY #200
BREA, CA 92821


CMRE Financial Services
3075 E IMPERIAL HWY #200
BREA, CA 92821


CMRE Financial Services
3075 E IMPERIAL HWY #200
BREA, CA 92821


CMRE Financial Services
3075 E IMPERIAL HWY #200
BREA, CA 92821


Collection Bureau of America
25954 EDEN LANDING RD
HAYWARD, CA 94545


Collection Bureau of America
25954 Eden Landing Rd. 1st Floor
Hayward, CA 94545-3814


Colony Insurance Company
P O Box 469012
San Antonio, TX 78246


ConMex Concrete Delivery, Inc.
1012 Grand Ave., Suite C
Spring Valley, CA 91977
```

Continental Central Credit
5611 Palmer Way
Carlsbad, CA 92010


Continental Central Credit
5611 PALMER WAY STE G
CARLSBAD, CA 92010


Contractors State License Board
9821 Business Park Drive
Sacramento, CA 95827


Convergent Outsourcing
10750 Hammerly Blvd. #200
Houston, TX 77043


Convergent Outsourcing
800 SW 39TH ST
RENTON, WA 98057


Convergent Outsourcing
800 SW 39TH ST
RENTON, WA 98057


Cox Communications, Inc.
P.O. Box 787
Goleta, CA 93116


Credit Collection Services
PO BOX 9134
NEEDHAM, MA 02494


Credit Collection Services
PO BOX 9134
NEEDHAM, MA 02494


Credit One
2333 N BROADWAY STE 130
SANTA ANA, CA 92706

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873


Credit One Bank
PO BOX 60500
City of Industry, CA 91716


Credit One Bank
PO BOX 98875
LAS VEGAS, NV 89193


David K. Tirey
5264 Sandbar Cove Way
San Diego, CA 92154


Department of the Treasury
Internal Revenue Service
Fresno, CA 93888


Department of the Treasury
Internal Revenue Service
PO BOX 9019
Holtsville, NY 11742-9019


Department of the Treasury
Internal Revenue Service
PO BOX 9019
Holtsville, NY 11742-9019


Diamond Concrete Supply
10124 Channel Road
Lakeside, CA 92040


DISH Network
9601 S Meridian Blvd.
Englewood, CO 80112


Diversified Consultants
10550 DEERWOOD PARK BLVD
JACKSONVILLE, FL 32256

Diversified Consultants
10550 Deerwood Park Blvd #309
Jacksonville, FL 32256


Diversified Consultants
PO BOX 551268
Jacksonville, FL 32255-1268


Dr. Nicholas M. Gistaro
549 H Street Unit A
Chula Vista, CA 91910


DS Waters of North America
5660 New Northside Drive #500
Atlanta, GA 30328


ECMC
1 IMATION PL
OAKDALE, MN 55128


ECMC
1 IMATION PL
OAKDALE, MN 55128


ECMC
1 Imation Place Building 2
Oakdale, MN 55128


EDCO
6670 Federal Blvd.
Lemon Grove, CA 91945


Enhanced Recovery Company
8014 BAYBERRY RD
JACKSONVILLE, FL 32256


Equifax Credit
PO BOX 740040
Atlanta, GA 30374

```
Eric Watkins
2389 Wander St.
Chula Vista, CA 91915


Escondido Resource Recovery
1044 W. Washington Ave.
Escondido, CA. 92025


ESM Enterprises
9120 Main St # 1
Clarence, NY 14031


ESM Enterprises
PO BOX 11128
PENSACOLA, FL 32524


Ewing
3441 East Harbour Dr.
Phoenix, AZ 85034


First Premier Bank
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104


Franchise Tax Board
P.O. Box 942840
Sacramento, CA 94240


Hale V. Sharp Class Action
C/O Rust Consulting, Inc.
PO BOX 2726
Faribault, MN 55021-9726


Hansen Aggregates
12560 Highway 67
Lakeside, CA 92040


HCC Surety Group
601 S FIGUEROA ST #1600
LOS ANGELES, CA 90017
```

HCC Surety Group
PO BOX 4312
Woodland Hills, CA 91365-4312


Henry Mayo Newhall Hospital
23845 McBean Pkwy
Valencia, CA 91355


Henry Mayo Newhall Hospital
PO BOX 9800
Coral Springs, FL 33075-9800


Holly J. Caron
2825 Howard Ave.
Medford, Oregon 97501


I.C. System, Inc.
PO BOX 64378
SAINT PAUL, MN 55164


Imperial Credit Systems Inc.
125 N Parkside Dr #302
Colorado Springs, CO 80909-7025


Infinity Insurance
P.O. Box 830189
Birmingham, AL 35283-0189


Innovative Collections
204 N EL CAMINO REAL # E
ENCINITAS, CA 92024


Innovative Collections
P.O. Box 10078
Bedford, NH 03110


JJ&R Emergency Medical Group
7300 Medical Center Dr.
West Hills, CA 91307

Jose Leon
815 1/2 Pleasant Lane
National City, CA 91950


Jose Luis Leon
Bullet Concrete Pumping
815 1/2 Pleasant Lane
National City, CA 91950


La Jolla Radiology Medical Group
6256 Greenwich Dr.
San Diego, CA 92122


La Jolla Summit West
1131 Wall Street
La Jolla, CA 92037


Linebarger Goggan Blair & Sampson
Attorneys At Law
1515 Cleveland Place, Suite 300
Denver, Colorado 80202


M Leonard and Associates
14520 ERWIN ST
VAN NUYS, CA 91411


Mar-Con Products
1615 La Mirada Dr.
San Marcos, CA 92078


Medicredit Corporation
PO BOX 1629
MARYLAND HEIGHTS, MO 63043


Medicredit Corporation
PO BOX 1629
MARYLAND HEIGHTS, MO 63043


Melvin Och's Medical
435 H St
Chula Vista, CA 91910

Melvin Och's Medical
PO BOX 661987
Arcadia, CA 91066-1987


Michael John Treadwell
3715 Cienega Drive
Bonita, CA 91902


Mowitz Equipment Rental
9010 Jamacha Rd.
Spring Valley, CA 91977


Navigators Insurance
444 South Flower Street
25th Floor
Los Angeles, CA 90071


Office of the City Attorney
1200 Third Ave. #700
San Diego, CA 92101-4103


On Point Risk Solutions
11455 El Camino Real
San Diego, CA  92130


Onyx Acceptance Corporation
27051 TOWNE CENTRE DR
FOOTHILL RANCH, CA 92610


Otay Landfill
1700 Maxwell Rd,
Chula Vista, CA 91911


Otay Water District
2554 Sweetwater Springs Blvd
Spring Valley, CA 91978


Pacific Gas and Electric Company
P.O. Box 997300
Sacramento, CA 95899-7300

Paradise Valley Hospital
2400 E 4th St
National City, CA 91950


Patient Financial Services
10150 Sorrento Valley Road #200
San Diego, CA 92121


Pedroza Ready Mix
15275 Olde Highway 80
San Diego, CA 92108


Penny Saver
2830 Orbiter St.
Brea, CA 92821


Pinnacle Credit Services
7900 HIGHWAY 7 # 100
SAINT LOUIS PARK, MN 55426


Pinnacle Credit Services
7900 Minnesota 7
Minneapolis, MN 55426


Progressive Financial Services
P.O. Box 22083
Tempe, AZ 85285


Progressive Management Systems
1521 W Cameron Ave
West Covina, CA 91790


Progressive Management Systems
1521 W CAMERON AVE FL 1
WEST COVINA, CA 91790


Progressive Management Systems
1521 W CAMERON AVE FL 1
WEST COVINA, CA 91790

Progressive Management Systems
1521 W CAMERON AVE FL 1
WEST COVINA, CA 91790


Progressive Management Systems
1521 W CAMERON AVE FL 1
WEST COVINA, CA 91790


Progressive Management Systems
1521 W CAMERON AVE FL 1
WEST COVINA, CA 91790


Progressive Management Systems
1521 W CAMERON AVE FL 1
WEST COVINA, CA 91790


Progressive Management Systems
1521 W CAMERON AVE FL 1
WEST COVINA, CA 91790


Progressive Management Systems
1521 W. CAMERON AV 1ST FLOOR
WEST COVINA, CA 91790


Progressive Management Systems
1521 W. CAMERON AV 1ST FLOOR
WEST COVINA, CA 91790


Progressive Management Systems
1521 W. CAMERON AV 1ST FLOOR
WEST COVINA, CA 91790


Progressive Management Systems
1521 W. CAMERON AV 1ST FLOOR
WEST COVINA, CA 91790


Progressive Management Systems
PO BOX 2220
West Covina, CA 91793-2220

Rady Children's Hospital
3020 Children's Way
San Diego, CA 92123


Richard Greene
2032 Waterbury Cir.
Chula Vista, CA 91913


RJM Acquisitions LLC
575 Underhill Blvd. #224
Syosset, NY 11791-4437


Road Runner Collection Services
5565 AVENIDA FIESTA
LA JOLLA, CA 92037


Road Runner Collection Services
5565 AVENIDA FIESTA
LA JOLLA, CA 92037


Road Runner Collection Services
PO BOX 9022
LA JOLLA, CA 92038


Robertson's Ready Mix
200 S Main St. #200
Corona, CA 92882


San Diego County
Office of Revenue and Recovery
PO BOX 129037
San Diego, CA 92112


San Diego Imaging
PO Box 23540
San Diego, CA 92193


San Diego Pathologists Medical
7592 Metropolitan Dr #406
San Diego, CA 92108

Santa Clarita Emergency Medical
PO BOX 661540
Arcadia, CA 91066-1540


Scripps
PO BOX 515079
Los Angeles, CA 90051-5079


Scripps Clinic
4275 Campus Point Ct.
San Diego, CA 92121


Scripps Health Chula Vista
237 Church Avenue
Chula Vista,  CA  91910


Sharp Chula Vista Medical Center
PO BOX 748424
Los Angeles, CA 90074


Sharp Chula Vista Medical Center
751 Medical Center Ct
Chula Vista, CA 91911


Sharp Healthcare
8695 Spectrum Center Blvd.
San Diego, CA 92123


South Bay Expressway
1129 La Media Road
San Diego, CA 92154


South Bay Surgical Center
23500 Madison Street
Torrance, CA 90505


Sprint
PO Box 4191
Carol Stream, IL 60197-4191

Steve Bancroft Motors, LLC
8760 Campo Rd.
La Mesa, CA 91941


Superior Ready Mix
1508 W. Mission Road
 Escondido CA 92029


Sweetwater Authority
505 Garrett Ave
Chula Vista, CA 91910


Sweetwater Authority
PO BOX 2328
Chula Vista, CA 91912-2328


Sycamore Landfill Inc.
8514 Mast Blvd,
Santee, CA 92071


T-Mobile
PO Box 53410
Bellevue, WA 98015-3410


The MB&W Building
26000 Cannon Road
Cleveland, Ohio 44146


The Neat Company
1601 Market St., Suite 3500
Philadelphia, PA 19103


Tower Select Insurance Company
120 Broadway, 31st Floor
New York, NY 10271


TransWestern Publishing
PO BOX 513236
Los Angeles, CA 90051-1236

Transworld Systems Inc.
507 Prudential Rd.
Horsham, PA 19044


United Recovery Systems, LP
PO BOX 722929
Houston, TX 77272-2929


US Bank
600 W Broadway, Suite 100
San Diego, CA 92101


VCA Emergency Animal Hospital
2317 Hotel Cir S
San Diego, CA 92108


Verizon Wireless
PO Box 5029
Wallingford, CT 06492


VJP Construction, Inc.
9115 Chesapeake Dr.
San Diego, CA 92123


Walters Management
9665 Chesapeake Dr. #300
San Diego, CA 92123-1364


Wells Fargo
420 Montgomery Street
San Francisco, CA 94104


Westlake Financial Services
PO BOX 54807
Los Angeles, CA 90054-0807


Westlake Financial Services
PO BOX 76809
Los Angeles, CA 90076

```
Yellow Pages
611 North Brand Boulevard #500
Glendale, CA 91203
```

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

In re   Robert Anthony Stevens & Alysia Jasmine Stevens ,

Debtor

Case No. _____

Chapter ___7_____

# VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 23 pages, is true, correct and complete to the best of my knowledge.

Date   July 30, 2014 

Signature of Debtor

/s/ Robert Anthony Stevens

ROBERT ANTHONY STEVENS

Date   July 30, 2014 

Signature of Joint Debtor

/s/ Alysia Jasmine Stevens

ALYSIA JASMINE STEVENS

Mark Aalam
Bankruptcy Legal Center
101 W. Broadway,
Ste. 815
San Diego, CA 92101
619-501-9711

B22A (Official Form 22A) (Chapter 7) (04/13)

In re  Robert Anthony Stevens & Alysia Jasmine Stevens
_____
                        Debtor(s)

Case Number:_____
                        (If known)

> According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement):
> ☐ **The presumption arises.**
> ☑ **The presumption does not arise.**
> ☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by §707(b)(2)(C).

| Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|

| 1A | **Disabled Veterans.** If you are a disabled veteran described in the  Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐  **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
|---|---|
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII.  Do not complete any of the remaining parts of this statement.<br><br>☐  **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity**. Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐  **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>    a. ☐  I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>        ☐  I remain on active duty /or/<br>        ☐  I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br>        OR<br>    b. ☐  I am performing homeland defense activity for a period of at least 90 days /or/<br>        ☐  I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B22A (Official Form 22A) (Chapter 7) (04/13) - Cont.

**2**

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-11.**<br>d. ☑ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | | |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A Debtor's Income** | **Column B Spouse's Income** |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 0.00 | $ 0.00 |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts $ 5,619.00<br>b. Ordinary and necessary business expenses $ 1,727.75<br>c. Business income Subtract Line b from Line a | $ 3,891.25 | $ 0.00 |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts $ 0.00<br>b. Ordinary and necessary operating expenses $ 0.00<br>c. Rent and other real property income Subtract Line b from Line a | $ 0.00 | $ 0.00 |
| 6 | **Interest, dividends and royalties.** | $ 0.00 | $ 0.00 |
| 7 | **Pension and retirement income.** | $ 0.00 | $ 0.00 |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; If a payment is listged in Column A, do not report that payment in Column B. | $ 0.00 | $ 0.00 |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ 0.00   Spouse $ 0.00 | $ 0.00 | $ 0.00 |

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | |
|----|----|----|----|----|
| | a. | Child Support | $    318.00 | |
| | b. | | $      0.00 | |
| | Total and enter on Line 10 | | $      0.00 | $    318.00 |

| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $   3,891.25 | $    318.00 |
|----|----|----|----|

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $                4,209.25 |
|----|----|----|

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ 50,511.00 |
|----|----|----|

| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence: California    b. Enter debtor's household size: 3 | $ 67,594.00 |
|----|----|----|

| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br><br>☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the "The presumption does not arise" box at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br><br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. |
|----|----|

**Complete Parts IV, V, VI and VII of this statement only if required. (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | $    N.A. |
|----|----|----|

| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | |
|----|----|----|----|
| | a. | $ | |
| | b. | $ | |
| | c. | $ | |
| | Total and enter on Line 17. | | $    N.A. |

| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $    N.A. |
|----|----|----|

| | Part V. CALCULATION OF DEDUCTIONS FROM INCOME | | |
|---|---|---|---|
| | **Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)** | | |
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of person is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | N.A. |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | $ | N.A. |

| Persons under 65 years of age | | | Persons 65 years of age or older | | |
|---|---|---|---|---|---|
| a1. | Allowance per person | N.A. | a2. | Allowance per person | N.A. |
| b1. | Number of persons | N.A. | b2. | Number of persons | N.A. |
| c1. | Subtotal | N.A. | c2. | Subtotal | N.A. |

| | | | |
|---|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | N.A. |
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | $ | N.A. |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | N.A. |
|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | N.A. |
| c. | Net mortgage/rental expense | Subtract Line b from Line a | |

| | | | |
|---|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ | N.A. |

B22A (Official Form 22A) (Chapter 7) (04/13) - Cont.

5

| | | | |
|---|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0 ☐ 1 ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | N.A. |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | N.A. |
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1 ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | | |

| | | | |
|---|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ | N.A. |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | N.A. |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $    N.A. |

| | |
|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** |

| | | | |
|---|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ | N.A. |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ | N.A. |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $    N.A. |

| | | | |
|---|---|---|---|
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ | N.A. |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ | N.A. |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ | N.A. |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ | N.A. |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ N.A. |
|---|---|---|
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ N.A. |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ N.A. |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service— such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ N.A. |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32 | $ N.A. |

| **Subpart B: Additional Living Expense Deductions** |
|---|
| **Note: Do not include any expenses that you have listed in Lines 19-32.** |

| 34 | **Health Insurance, Disability Insurance and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | | |
|---|---|---|---|
| | a. | Health Insurance | $ N.A. |
| | b. | Disability Insurance | $ N.A. |
| | c. | Health Savings Account | $ N.A. |
| | Total and enter on Line 34. | | $ N.A. |
| | **If you do not actually expend this total amount,** state your actual average expenditures in the space below: $ _____ N.A. _____ | | |

| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ N.A. |
|---|---|---|
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ N.A. |
| 37 | **Home energy costs** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ N.A. |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $156.25* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ N.A. |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court**.) You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | N.A. |
|---|---|---|---|
| 40 | **Continued charitable contributions.**   Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170 (c)(1)-(2) | $ | N.A. |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | $ | N.A. |

## Subpart C: Deductions for Debt Payment

**42** **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page.  Enter the total Average Monthly payments on Line 42.

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | | Total: Add Lines a, b and c | |

$ | N.A.

**43** **Other payments on secured claims.** If any of the debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page.

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |

$ | N.A.

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing.  **Do not include current obligations, such as those set out in Line 28.** | $ | N.A. |
|---|---|---|---|

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
| | a. | Projected average monthly Chapter 13 plan payment. | $      N.A. | |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x      N.A. | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $      N.A. |
| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | | $      N.A. |

## Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $      N.A. |

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $      N.A. |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $      N.A. |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $      N.A. |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $      N.A. |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br>☑ **The amount on Line 51 is less than $7,475*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br>☐ **The amount set forth on Line 51 is more than $12,475*.** Check the "Presumption arises" box at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII.  Do not complete the remainder of Part VI.<br>☐ **The amount on Line 51 is at least $7,475*, but not more than $12,475*.** Complete the remainder of Part VI (Lines 53 through 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $      N.A. |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $      N.A. |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII.  You may also complete Part VII. | |

## Part VII: ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I).  If necessary, list additional sources on a separate page.  All figures should reflect your average monthly expense for each item.  Total the expenses. | | |
| | | Expense Description | Monthly Amount |
| | a. | | $      N.A. |
| | b. | | $      N.A. |
| | c. | | $      N.A. |
| | | Total: Add Lines a, b and c | N.A. |

*Amounts are subject to adjustment on 4/1/2016, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-815 - 32818-301X-***** - PDF-XChange 3.0

B22A (Official Form 22A) (Chapter 7) (04/13) - Cont.

**9**

| | **Part VIII: VERIFICATION** |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br><br>Date: July 30, 2014     Signature: /s/ Robert Anthony Stevens<br>*(Debtor)*<br><br>Date: July 30, 2014     Signature: /s/ Alysia Jasmine Stevens<br>*(Joint Debtor, if any)* |

## Form 22 Continuation Sheet

### Income Month 1

| | | |
|---|---:|---:|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 3,891.25 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 318.00 |

### Income Month 2

| | | |
|---|---:|---:|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 3,891.25 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 318.00 |

### Income Month 3

| | | |
|---|---:|---:|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 3,891.25 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 318.00 |

### Income Month 4

| | | |
|---|---:|---:|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 3,891.25 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 318.00 |

### Income Month 5

| | | |
|---|---:|---:|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 3,891.25 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 318.00 |

### Income Month 6

| | | |
|---|---:|---:|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 3,891.25 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 318.00 |

## Additional Items as Designated, if any

## Remarks